# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2022

Mr. Andrew Jay Schwartzman
1341 G Street, N.W.
5th Floor
Washington, DC 20005

    No. 22-60008   Consumers' Research v. FCC
                     Agency No. 96-45

Dear Mr. Schwartzman,

The following pertains to the Unopposed Motion for Leave to Intervene that was electronically filed on January 21, 2022.

The motion is insufficient for the following reason and must be corrected via E-MAIL within the next **10 days:**

- A Certificate of Compliance that confirms the word count of the motion is required (See to **FED. R. APP. P.** 32(g)(1) and 27(d)(2)(A)).

Once the motion is corrected, you must email it to: **Dantrell_Johnson@ca5.uscourts.gov** for review. If the motion is in compliance, you will receive a notice of docket activity advising you that the sufficient motion has been filed.

Failure to timely e-mail the sufficient motion to the Court will result in the motion being stricken.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  */s/ Dantrell Johnson*

                                  By: _____
                                  Dantrell L. Johnson, Deputy Clerk
                                  504-310-7689

cc:
    Mr. James Michael Carr
    Mr. Jacob Matthew Lewis
    Mr. R. Trent McCotter
    Mr. Gerard J. Sinzdak