# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2022

Mr. Andrew Jay Schwartzman
1341 G Street, N.W.
5th Floor
Washington, DC 20005

    No. 22-60008   Consumers' Research v. FCC
                      Agency No. 96-45

Dear Mr. Schwartzman,

We received your motion for leave to intervene.  Counsel failed to comply with Court's notice issued 1/21/2022 to email sufficient motion.  We are taking no action on this motion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680

cc:
     Mr. James Michael Carr
     Ms. P. Michele Ellison
     Mr. Merrick Garland, U.S. Attorney General
     Mr. Jacob Matthew Lewis
     Mr. R. Trent McCotter
     Mr. Gerard J. Sinzdak