# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 26, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60008   Consumers' Research v. FCC
                  Agency No. 96-45

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Majella A. Sutton, Deputy Clerk
                            504-310-7680

Mr. James Michael Carr
Ms. P. Michele Ellison
Mr. Merrick Garland, U.S. Attorney General
Mr. Jacob Matthew Lewis
Mr. R. Trent McCotter
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak