# United States Court of Appeals for the Fifth Circuit

_____

No. 22-60008

_____

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners*,

*versus*

Federal Communications Commission; United States of America,

*Respondents*.

_____

Petition for Review of an Order of the
Federal Communications Comm
Agency No. 96-45

_____

ORDER:

IT IS ORDERED that the unopposed motion of USTelecom – The Broadband Association, National Telecommunications Cooperative Association and Competitive Carriers Association for leave to intervene in support of Respondents is GRANTED.

No. 22-60008

_____

ANDREW S. OLDHAM
*United States Circuit Judge*