# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-60008

---

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

versus

Federal Communications Commission; United States of America,

*Respondents.*

---

Petition for Review of an Order of the
Federal Communications Comm
Agency No. 96-45

---

ORDER:

    IT IS ORDERED that the unopposed motion of Schools, Health & Libraries Broadband Coalition for leave to intervene on behalf of Respondents is GRANTED.

_____
ANDREW S. OLDHAM
*United States Circuit Judge*