# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 02, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60008   Consumers' Research v. FCC
                    Agency No. 96-45

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Majella A. Sutton, Deputy Clerk
                      504-310-7680

Mr. James Michael Carr
Ms. P. Michele Ellison
Mr. Merrick Garland, U.S. Attorney General
Mr. Jacob Matthew Lewis
Mr. R. Trent McCotter
Mr. Michael Dean Miller
Mr. Jason Neal
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak
Ms. Jennifer Tatel
Ms. Stephanie Weiner