# United States Court of Appeals for the Fifth Circuit

---

No. 22-60008

---

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

---

Petition for Review of an Order of the
Federal Communications Comm
Agency No. 96-45

---

ORDER:

IT IS ORDERED that the opposed motion of Respondent, Federal Communications Commission to stay further proceedings in this court is DENIED.

_____
Andrew S. Oldham
*United States Circuit Judge*