# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 12, 2022

Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 22-60008   Consumers' Research v. FCC
                    USDC No. 96-45

Dear Mr. McCotter,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The program has found one or multiple sections of the brief is out of order. See **5TH CIR. R.** 28.3.

The order of contents should be as follows:
a.   Certificate of interested persons
b.   Statement regarding oral argument
c.   Table of contents, with page references
d.   Table of authorities
e.   Jurisdictional statement
f.   Statement of issues presented for review
g.   Concise statement of the case setting out the facts
h.   Summary of the argument
i.   The argument
j.   Short conclusion stating the precise relief sought
k.   Signature of counsel or a party
**l.**   Certificate of service in the form
**m.**   Certificate of compliance (if required)

Remember to update the table of contents as necessary.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The

brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Majella A. Sutton, Deputy Clerk
                      504-310-7680

cc:
    Mr. James Michael Carr
    Mr. Adam Crews
    Ms. P. Michele Ellison
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Jacob Matthew Lewis
    Mr. Michael Dean Miller
    Mr. Jason Neal
    Mr. Andrew Jay Schwartzman
    Mr. Gerard J. Sinzdak
    Ms. Jennifer Tatel
    Ms. Stephanie Weiner