## No. 22-60008

_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

_____

**CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY; JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS; RHONDA THOMAS,**

*Petitioners,*

v.

**FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,**

*Respondents.*

Petition for Review of an Order of the
Federal Communications Commission
Agency No. 96-45

### APPENDIX

C. Boyden Gray
R. Trent McCotter
  *Counsel of Record*
Jonathan Berry
Michael Buschbacher
Jared M. Kelson
BOYDEN GRAY & ASSOCIATES
801 17th Street NW., Suite 350
Washington, DC 20006
202-706-5488
mccotter@boydengrayassociates.com
*Counsel for Petitioners*

# CERTIFICATE OF INTERESTED PERSONS

*Consumers' Research et al. v. Federal Communications Commission et al.*
No. 22-60008

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

*Petitioners*

1. Consumers' Research. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Cause Based Commerce, Incorporated. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. Kersten Conway

4. Suzanne Bettac

5. Robert Kull

6. Kwang Ja Kirby

7. Tom Kirby

8.   Joseph Bayly

9.   Jeremy Roth

10.  Deanna Roth

11.  Lynn Gibbs

12.  Paul Gibbs

13.  Rhonda Thomas

*Respondents*
14.  Federal Communications Commission

15.  United States of America

*Intervenors*
16.  Benton Institute for Broadband & Society

17.  National Digital Inclusion Alliance

18.  Center for Media Justice (d/b/a MediaJustice)

19.  Schools, Health & Libraries Broadband Coalition

20.  National Telecommunications Cooperative Association (d/b/a
     NTCA – The Rural Broadband Association)

21.  Competitive Carriers Association

*Counsel*

22. Boyden Gray & Associates PLLC: C. Boyden Gray, R. Trent McCotter, Jonathan Berry, Michael Buschbacher, and Jared M. Kelson are counsel for Petitioners.

23. Federal Communications Commission: James M. Carr and Jacob M. Lewis are counsel for Respondent FCC.

24. United States Department of Justice: Gerard J. Sinzdak is counsel for Respondent United States of America.

25. Andrew Jay Schwartzman is counsel for Intervenors Benton Institute for Broadband & Society, National Digital Inclusion Alliance, and Center for Media Justice (d/b/a MediaJustice).

26. Harris, Wiltshire & Grannis, LLP: Jason Neal and Stephanie Weiner are counsel for Intervenors Schools, Health & Libraries Broadband Coalition; National Telecommunications Cooperative Association (d/b/a NTCA – The Rural Broadband Association); and Competitive Carriers Association.

Dated: April 11, 2022
                                        /s/ R. Trent McCotter
                                        R. Trent McCotter
                                        *Counsel of Record for Petitioners*

# TABLE OF CONTENTS

Declaration of William Hild ................................................................. Ex. 1

Declaration of David W. Condit .......................................................... Ex. 2

Declaration of Kersten Conway .......................................................... Ex. 3

Declaration of Suzanne Bettac............................................................ Ex. 4

Declaration of Robert Kull .................................................................. Ex. 5

Declaration of Joseph Bayly................................................................ Ex. 6

Declaration of Jeremy Roth ................................................................ Ex. 7

# EXHIBIT 1

## <u>DECLARATION OF WILLIAM HILD</u>

1. My name is William Hild. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I am the Executive Director of Petitioner Consumers' Research.

3. Consumers' Research has had Verizon phone service in its own name during all relevant times for this suit, including during the first quarter of 2022, and Consumers' Research plans to continue that service in the future. Consumers' Research has paid and will continue to pay the monthly bill with Consumers' Research's own funds. The bill contains the Universal Service Charge tax as a separate line-item titled "Federal Universal Service Fee."

4. A true and correct copy of portion of a sample recent phone bill is attached from January 2022.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2022



**Get answers fast**
• Visit verizon.com/business
• Call 1.800.Verizon (1.800.837.4966)

# Details of Payments

### Payments
Payment activity since last bill date.

| | | |
|---|---|---|
| Previous Balance | 78.15 | |
| Payment Received - Thank You | -78.15 | 1/13 |
| **Balance Forward** | **$.00** | |

# Details of Charges

### Services & Equipment
Equipment and additional services to personalize your Verizon service.

**Services**

| | | |
|---|---|---|
| Dial Tone - Message Usage ████████████ | 25.95 | |
| Call Forwarding - Variable ████████████ | 11.75 | |
| R-GF Fixed Call Forwarding - Don't Answer ████████████ | 6.50 | |
| **Subtotal** | **$44.20** | 2/1 - 2/28 |

### Your One-Time Activities
Charges that vary monthly based on your account activity.

| | | |
|---|---|---|
| *VLD Direct Dialed Calls - Additional Calls* | 1.27 | See Usage Detail |

### Fees & Other Charges
Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

**Taxes, Governmental Fees & Surcharges**

| | |
|---|---|
| Federal Excise Tax | 1.70 |
| DC Local Telecom & Cable Tax Surcharge | 4.86 |
| DC Gross Sales Tax | 3.80 |
| DC Toll Telecom Tax Surcharge | .46 |
| DC E911/311 Fee | .76 |
| DC Public Rights-of-Way Use Fee | 8.11 |
| DC Universal Service Trust Fund | .35 |
| **Verizon Surcharges & Fees** | |
| Federal Universal Service Fee | 3.32 |
| Federal Subscriber Line ChargeMulti Line | 4.09 |
| Federal Access Recovery Charge | 3.23 |
| VLD Carrier Cost Recovery Charge | .36 |
| VLD Long Distance Access Charge | 1.85 |
| VLD Long Distance Administrative Charge | .74 |
| **Subtotal** | **$33.63** |

| **Total Due** | **$79.10** |
|---|---|

# EXHIBIT 2

## <u>DECLARATION OF DAVID W. CONDIT</u>

1. My name is David Condit. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I am the President of Cause Based Commerce, Inc, which has its principal office in Cincinnati, Ohio.

3. Cause Based Commerce has been a mobile virtual network operator (MVNO) since 2006. MVNOs resell wireless communications services pursuant to agreements with mobile network operators.

4. As an MVNO, Cause Based Commerce contributes directly to the Universal Service Fund and has done so during all relevant times for this suit, including the first quarter of 2022. Cause Based Commerce plans to continue operating as an MVNO and contributing to the Universal Service Fund in the future.

5. I declare under penalty of perjury that the foregoing is true and correct.


Executed on March **25**, 2022

# EXHIBIT 3

## DECLARATION OF KERSTEN CONWAY

1. My name is Kersten Conway. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I reside in League City, Texas, where I am an art teacher. I have been a teacher for 35 years across Texas, rural South Dakota, and Minnesota. Many of my former students are from the Lakota Sioux Nation and still keep in contact with me. I have been divorced for almost 20 years and am currently co-raising three young grandchildren. Every penny counts, and retirement is not an option at this time.

3. I have had Verizon phone service in my own name during all relevant times for this suit, including during the first quarter of 2022, and I plan to continue that service in the future. I have paid and will continue to pay the monthly bill myself. The bill contains the Universal Service Charge tax as a separate line-item titled "Fed Universal Service Charge."

4. A true and correct copy of a sample recent phone bill is attached.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April  5  , 2022

*Kersten Conway*

_____

**verizon**√
PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE

KERSTEN CONWAY

LEAGUE CITY, TX

# Your March bill is $125.02

This includes a credit balance of -$84.98 carried over from your last bill. Your bill is due on Apr 5, 2022.

| | |
|---|---:|
| Credit balance | -$84.98 |
| Account charges | $8.67 |
| **Kersten Conway** | $31.99 |
| **Kersten Conway** | $94.65 |
| **Kersten Conway** | $74.69 |
| | **$125.02** |

## Credit balance from last bill

| | |
|---|---:|
| Previous balance (through Feb 13) | $15.02 |
| Payment received - Thank you (Feb 22) | -$100.00 |
| **Total credit balance** | **-$84.98** |

### Pay your bill online, fast and easy

For convenience and peace of mind you can pay your bill online or enroll in Auto Pay and Paper-free Billing. Visit go.vzw.com/paybill



Your March bill is $110.00 higher than last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.

## Good to know

### Check your online bill for all surcharges, taxes and gov fees

The total amount due for this month includes surcharges of **$8.14** and taxes and gov fees of **$4.94**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

1



## Changes this month

| | Feb | Mar | Change |
|---|---|---|---|
| Credit balance | -$200.00 | -$84.98 | ↑ $115.02 |
| Account Charges | $13.69 | $8.67 | ↓ $5.02 |
| | **Change total** | | ↑ $110.00 |

## Understand your bill

**Understand "Changes this month"**

These changes are why your amount due is different than last month. For example, if you changed your plan or added a line, you'll see partial-month charges reflected in this table. The table will not display if you have no changes.



**Billing period** Feb 14, 2022 to Mar 13, 2022 | **Account #** ▮▮▮▮▮▮▮ | **Invoice #** ▮▮▮▮▮▮

## Account Charges                                                      $8.67

Your total phone plan cost is $80.00 or $40.00/phone for 2 phones including your $5 Auto Pay and Paper-free billing discount.

"Add Ons" are features, content, and apps that we provide to you directly or through our relationships with certain content, app, and business partners. They are Verizon charges. For questions about these charges, visit http://m.vzw.com/m/block.

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

### Monthly charges and credits                                        $0.00

| | |
|---|---:|
| Unlimited 55+ Loyalty (Mar 14 - Apr 13) | ~~$5.00~~ $0.00 |
| Shared Unlimited Talk, Text and Unlimited Data | |

**$5 Auto Pay and paper - free billing discount included**

### Add-ons                                                            $7.99

| | |
|---|---:|
| Disney+ Monthly  (Mar 10 - Apr 9) | $7.99 |

### Surcharges                                                         $0.02

| | |
|---|---:|
| TX Margin Surchg | $0.02 |

### Taxes and gov fees                                                 $0.66

| | |
|---|---:|
| State tax | $0.50 |
| Local tax | $0.16 |

## Kersten Conway                                                      ▮▮▮▮

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

GALAXY WATCH3
41MM

### Monthly charges and credits                                       $28.74

| | |
|---|---:|
| Number Share Line Access (Mar 14 - Apr 13) | $10.00 |
| Device payment 12 of 24 ($449.99/24mo) | $18.74 |
| $224.88 remaining after this month (Agreement 1953262747) | |

### Surcharges                                                         $2.43

| | |
|---|---:|
| Fed Universal Service Charge | $0.21 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.03 |
| Texas Universal Service | $0.08 |

### Taxes and gov fees                                                 $0.82

| | |
|---|---:|
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.20 |

| | |
|---|---|
| League City Sales Tax-Telecom | $0.06 |

## Kersten Conway

**$94.65**

[redacted]

LG V60THINQ UW

**5G products aren't eligible for the access fee discounts generally offered through your employer or organization.**

"Add Ons" are features, content, and apps that we provide to you directly or through our relationships with certain content, app, and business partners. They are Verizon charges. For questions about these charges, visit http://m.vzw.com/m/block.

| | |
|---|---|
| **Monthly charges and credits** | **$67.08** |
| Phone Plan (Mar 14 - Apr 13) | $40.00 |
| Device payment 12 of 24 ($950.00/24mo) | $39.58 |
| $474.96 remaining after this month (Agreement 1953261088) | |
| Device Promotional Credit 12 of 24 | -$12.50 |
| **Add-ons** | **$22.99** |
| Verizon Cloud 600 GB - (Mar 14 - Apr 13) | $5.99 |
| Verizon Protect - (Mar 14 - Apr 13) | $17.00 |
| **Surcharges** | **$2.85** |
| Fed Universal Service Charge | $0.44 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.14 |
| Texas Universal Service | $0.16 |
| **Taxes and gov fees** | **$1.73** |
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.42 |
| TX State Sales Tax | $0.46 |
| League City Sales Tax-Telecom | $0.14 |
| League City Sales Tax | $0.15 |

## Kersten Conway

**$74.69**

[redacted]

MOTO G STYLUS

| | |
|---|---|
| **Monthly charges and credits** | **$53.12** |
| Phone Plan (Mar 14 - Apr 13) | $40.00 |



**Billing period** Feb 14, 2022 to Mar 13, 2022 | **Account #** ▓▓▓▓▓▓▓ | **Invoice #** ▓▓▓▓▓

"Add Ons" are features, content, and apps that we provide to you directly or through our relationships with certain content, app, and business partners. They are Verizon charges. For questions about these charges, visit http://m.vzw.com/m/block.

| | |
|---|---:|
| Device payment 22 of 24 ($315.00/24mo) | $13.12 |
| $26.24 remaining after this month (Agreement 1426154332) | |

### Add-ons $17.00

| | |
|---|---:|
| Verizon Mobile Protect - (Mar 14 - Apr 13) | $17.00 |

### Surcharges $2.84

| | |
|---|---:|
| Fed Universal Service Charge | $0.44 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.13 |
| Texas Universal Service | $0.16 |

### Taxes and gov fees $1.73

| | |
|---|---:|
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.42 |
| TX State Sales Tax | $0.46 |
| League City Sales Tax-Telecom | $0.14 |
| League City Sales Tax | $0.15 |

### Your bill this month $210.00

# EXHIBIT 4

## <u>DECLARATION OF SUZANNE BETTAC</u>

1. My name is Suzanne Bettac. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I reside in San Antonio, Texas.

3. I have had Sprint/T-Mobile phone service in my own name during all relevant times for this suit, including during the first quarter of 2022, and I plan to continue that service in the future. I have paid and will continue to pay the monthly bill myself. The bill contains the Universal Service Charge tax as a separate line-item titled "Federal Univ Serv Assess Non-LD."

4. A true and correct copy of portions of a sample recent phone bill is attached from February 2022.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2⁄1, 2022



Contact us
📠 sprint.com/contactus    📞 1-888-211-4727
(*2 from your Sprint Phone)

Account Number: ▮▮▮▮
Bill Period: Jan 07 - Feb 06, 2022

We hope you're enjoying your services.

See below for ways to pay.

## Total Amount Due

## $152.80

Pay by **Mar 02**

| | |
|---|---|
| Balance Forward | $0.00 |
| New Charges | $152.80 |

*See page 3 for details*

## Your new charges remained the same this month

| | | |
|---|---|---|
| February | ▬▬▬▬▬▬▬▬▬ | $152.80 |
| January | ▬▬▬▬▬▬▬▬▬ | $152.80 |
| December | ▬▬▬▬▬▬▬▬▬▬ | $164.82 |

### Let's talk about this bill:

Do you love magic? We can make paper disappear. Sign up for Sprint eBill at **www.sprint.com/eBill**

**Ways to pay your bill:**
**Online:** www.sprint.com/mysprint
**Phone:** 1-800-784-2608 (*3 from your Sprint Phone)
**Mail:** Return the form below with a check payable to "Sprint"
**Scan to Pay:** See QR code on remittance envelope

The News and Notices Section on page 2 has important information for you to review.

---

Account Number: ▮▮▮▮
Return this form with payment to the lower-left address.
Make checks payable to Sprint in U.S. dollars. DO NOT SEND CASH.

| Amount Due by Mar 02 | $152.80 |
|---|---|
| Amount Enclosed | $ _____ |



PO Box 629023 El Dorado Hills, CA 95762

Presented
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
Sprint

AB 01 035826 54987 B 143 A

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SUZANNE S. BETTAC

SAN ANTONIO, TX ▮▮▮▮

⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊⑈⑊

PO Box 54977
Los Angeles, CA 90054-0977

631816752 00000015280 000000000000 000000152806

---

Usage -Sprint Essentials - Unlimited Talk, Text & Data



## Surcharges

| | |
|---|---|
| Administrative Charge | $7.50 |
| Federal Univ Serv Assess Non-LD | $0.35 |
| Regulatory Charge | $2.97 |
| Texas State State Cost Recovery Fee | $0.19 |
| Texas State Univ Serv Assessment | $0.17 |

**Surcharges**   **$11.18**

## Government Taxes & Fees

| | |
|---|---|
| Texas State 911 Tax | $1.50 |
| Texas State Equalization Surcharge | $0.18 |
| Texas State Sales Tax | $1.19 |

**Government Taxes & Fees**   **$2.87**

## Usage -Sprint Essentials - Unlimited Talk, Text & Data

*Unlimited Talk, Text and Data. Line 1: $65; Line 2: $35; Lines 3-6: $20. Eligible for $5 AutoPay discount on lines 1-6. DVD-quality Streaming. 3G Unlimited Mobile Hotspot. International Text from US. 2G Unlimited Canada/Mexico data and voice roaming.*

| | Anytime Minutes (Unlimited) | Other Minutes (Unlimited) | Text (Unlimited) | MMS/ Picture Mail (Unlimited) | Data (Unlimited, GB) | Data Roaming (See Terms, MB) | Mobile Hotspot (Unlimited, GB) |
|---|---|---|---|---|---|---|---|
| | 97 | - | 31 | 4 | 0.0012 | 0.0 | 0.0 |
| | 676 | 21 | 808 | 140 | 52.4593 | 0.0 | 0.0024 |
| | 184 | - | 16 | 4 | 0.0023 | 0.0 | 0.0 |

For metered and shared usage plans, after three or more consecutive months of usage, trends are available on sprint.com. Click 'View my Bill' then 'Usage' to review.

# EXHIBIT 5

## **DECLARATION OF ROBERT KULL**

1. My name is Robert Kull. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I reside in San Antonio, Texas.

3. I have had Verizon phone service in my own name during all relevant times for this suit, including during the first quarter of 2022, and I plan to continue that service in the future. I have paid and will continue to pay the monthly bill myself. The bill contains the Universal Service Charge tax as a separate line-item titled "Fed Universal Service Charge."

4. True and correct copies of recent phone bills are attached from January 2022, February 2022, and March 2022.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2022

# verizon✓

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE

ROBERT C KULL

SAN ANTONIO, TX



# Your January bill is $92.36

It's due on Jan 30, 2022. You have Auto Pay scheduled for Jan 27, 2022.

| | |
|---|---|
| Account charges | -$35.00 |
| **Robert Kull** | $63.68 |
| **Robert Kull** | $63.68 |
| | $92.36 |

## Balance forward from last bill

| | |
|---|---|
| Previous balance (through Dec 7) | $72.16 |
| Payment received - Thank you (Dec 27) | -$72.16 |
| **Total balance forward** | $0.00 |

Your January bill is $20.20 higher than last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.

## Good to know

**Check your online bill for all surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of **$5.50** and taxes and gov fees of **$1.86**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

1

**verizon**✓   **Billing period** Dec 8, 2021 to Jan 7, 2022  |  **Account #** ███████████  |  **Invoice #** 8278624055

## Changes this month

|  | Dec | Jan | Change |
|---|---|---|---|
| **ROBERT KULL** ████████ | $53.58 | $63.68 | ↑ $10.10 |
| **ROBERT KULL** ████████ | $53.58 | $63.68 | ↑ $10.10 |
| **Change total** | | | ↑ $20.20 |

## Understand your bill

**Understand "Changes this month"**

These changes are why your amount due is different than last month. For example, if you changed your plan or added a line, you'll see partial-month charges reflected in this table. The table will not display if you have no changes.

2

**verizon✓**

## Account Charges                                                                  -$35.00

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

| Monthly charges and credits | -$35.00 |
|---|---|
| $35 Military Discount W 2 Phns (Jan 8 - Feb 7) | -$35.00 |

## Robert Kull                                                                        $63.68

▮▮▮▮▮▮

**Moto G6 Unlocked
XT1925-6**

Includes the $10/month discount on your 5G START plan for being enrolled in Auto Pay and paper-free billing.

| Monthly charges and credits | $60.00 |
|---|---|
| 5G Start (Jan 8 - Feb 7) | $60.00 |

| Surcharges | $2.75 |
|---|---|
| Fed Universal Service Charge | $0.37 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.13 |
| Texas Universal Service | $0.14 |

| Taxes and gov fees | $0.93 |
|---|---|
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.37 |

## Robert Kull                                                                        $63.68

▮▮▮▮▮▮

**GALAXY S21 U 5G**

Includes the $10/month discount on your 5G START plan for being enrolled in Auto Pay and paper-free billing.

**5G products aren't eligible for the access fee discounts generally offered through your employer or organization.**

| Monthly charges and credits | $60.00 |
|---|---|
| 5G Start (Jan 8 - Feb 7) | $60.00 |

| Surcharges | $2.75 |
|---|---|
| Fed Universal Service Charge | $0.37 |
| Regulatory Charge | $0.16 |



| | |
|---|---|
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.13 |
| Texas Universal Service | $0.14 |
| **Taxes and gov fees** | **$0.93** |
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.37 |
| **Your bill this month** | **$92.36** |

# verizon√

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE

ROBERT C KULL

SAN ANTONIO, TX



# Your February bill is $112.66

It's due on Feb 27, 2022. You have Auto Pay scheduled for Feb 27, 2022.

| | |
|---|---|
| Account charges | -$35.00 |
| **Robert Kull** | **$73.83** |
| **Robert Kull** | **$73.83** |
| | **$112.66** |

## Balance forward from last bill

| | |
|---|---|
| Previous balance (through Jan 7) | $92.36 |
| Payment received - Thank you (Jan 27) | -$92.36 |
| **Total balance forward** | **$0.00** |

Your February bill is $20.30 higher than last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.

## Good to know

**Check your online bill for all surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of **$5.70** and taxes and gov fees of **$1.96**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

1

**verizon**✓    **Billing period** Jan 8, 2022 to Feb 7, 2022  | **Account #** ▓▓▓▓▓▓  | **Invoice #** 8292333856

## Changes this month

| | Jan | Feb | Change |
|---|---|---|---|
| **ROBERT KULL** ▓▓▓▓ | $63.68 | $73.83 | ↑ $10.15 |
| **ROBERT KULL** ▓▓▓▓ | $63.68 | $73.83 | ↑ $10.15 |
| | **Change total** | | ↑ $20.30 |

## Understand your bill

**Understand "Changes this month"**

These changes are why your amount due is different than last month. For example, if you changed your plan or added a line, you'll see partial-month charges reflected in this table. The table will not display if you have no changes.


**Billing period** Jan 8, 2022 to Feb 7, 2022 | **Account #** ███████████ | **Invoice #** 8292333856

## Account Charges                                                    -$35.00

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

| Monthly charges and credits | -$35.00 |
|---|---|
| $35 Military Discount W 2 Phns (Feb 8 - Mar 7) | -$35.00 |

## Robert Kull                                                         $73.83

Moto G6 Unlocked
XT1925-6

Includes the $10/month discount on your 5G PLAY MORE plan for being enrolled in Auto Pay and paper-free billing.

| Monthly charges and credits | $70.00 |
|---|---|
| 5G Play More (Feb 8 - Mar 7) | $70.00 |

| Surcharges | $2.85 |
|---|---|
| Fed Universal Service Charge | $0.42 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.16 |
| Texas Universal Service | $0.16 |

| Taxes and gov fees | $0.98 |
|---|---|
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.42 |

## Robert Kull                                                         $73.83

GALAXY S21 U 5G

Includes the $10/month discount on your 5G PLAY MORE plan for being enrolled in Auto Pay and paper-free billing.

| Monthly charges and credits | $70.00 |
|---|---|
| 5G Play More (Feb 8 - Mar 7) | $70.00 |

| Surcharges | $2.85 |
|---|---|
| Fed Universal Service Charge | $0.42 |
| Regulatory Charge | $0.16 |



**5G products aren't eligible for the access fee discounts generally offered through your employer or organization.**

| | |
|---|---|
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.16 |
| Texas Universal Service | $0.16 |

| **Taxes and gov fees** | **$0.98** |
|---|---|
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.42 |

| **Your bill this month** | **$112.66** |
|---|---|

# verizon✓

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
▬▬▬▬▬▬▬▬▬▬

ROBERT C KULL
▬▬▬▬▬▬

SAN ANTONIO, TX ▬▬▬▬▬



# Your March bill is $112.66

It's due on Mar 30, 2022. You have Auto Pay scheduled for Mar 27, 2022.

| | |
|---|---|
| Account charges | -$35.00 |
| **Robert Kull** ▬▬▬ | $73.83 |
| **Robert Kull** ▬▬▬ | $73.83 |
| | **$112.66** |

## Balance forward from last bill

| | |
|---|---|
| Previous balance (through Feb 7) | $112.66 |
| Payment received - Thank you (Feb 28) | -$112.66 |
| **Total balance forward** | $0.00 |

Your March bill total is the same as last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.

## Good to know

**Check your online bill for all surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of **$5.70** and taxes and gov fees of **$1.96**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

1

# verizon✓

## Account Charges                                            -$35.00

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

| Monthly charges and credits | -$35.00 |
|---|---|
| $35 Military Discount W 2 Phns (Mar 8 - Apr 7) | -$35.00 |

## Robert Kull                                               $73.83

**Moto G6 Unlocked XT1925-6**

Includes the $10/month discount on your 5G PLAY MORE plan for being enrolled in Auto Pay and paper-free billing.

| Monthly charges and credits | | $70.00 |
|---|---|---|
| 5G Play More (Mar 8 - Apr 7) | $80.00 | $70.00 |
| **$10 Auto Pay and paper - free billing discount included** | | |

| Surcharges | $2.85 |
|---|---|
| Fed Universal Service Charge | $0.42 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.16 |
| Texas Universal Service | $0.16 |

| Taxes and gov fees | $0.98 |
|---|---|
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.42 |

## Robert Kull                                               $73.83

**GALAXY S21 U 5G**

Includes the $10/month discount on your 5G PLAY MORE plan for being enrolled in Auto Pay and paper-free billing.

| Monthly charges and credits | | $70.00 |
|---|---|---|
| 5G Play More (Mar 8 - Apr 7) | $80.00 | $70.00 |
| **$10 Auto Pay and paper - free billing discount included** | | |

| Surcharges | $2.85 |
|---|---|

**5G products aren't eligible for the access fee discounts generally offered through your employer or organization.**

| | |
|---|---|
| Fed Universal Service Charge | $0.42 |
| Regulatory Charge | $0.16 |
| Administrative Charge | $1.95 |
| TX Margin Surchg | $0.16 |
| Texas Universal Service | $0.16 |

| | |
|---|---|
| **Taxes and gov fees** | **$0.98** |
| TX State 911 Fee | $0.50 |
| TX Equalization Surcharge | $0.06 |
| TX State Sales Tax-Telco | $0.42 |

| | |
|---|---|
| **Your bill this month** | **$112.66** |

# EXHIBIT 6

## DECLARATION OF JOSEPH BAYLY

1. My name is Joseph Bayly. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I reside in Maineville, Ohio. I first acquired phone service in my own name in May 2004.

3. I have had AT&T phone service in my own name during all relevant times for this suit, including during the first quarter of 2022, and I plan to continue that service in the future. I have paid and will continue to pay the monthly bill myself. The bill contains the Universal Service Charge tax as eight separate line-items titled "Federal Universal Service Charge."

4. A true and correct copy of portions of a sample recent phone bill is attached from March 2022.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __|__ , 2022



JOSEPH T. BAYLY
MAINEVILLE, OH

Issue Date:          Mar 09, 2022
Account Number:          
Foundation Account:

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due

# $276.21

Please pay by:
Apr 01, 2022

---

## Account summary

| | |
|---|---|
| Your last bill | $276.39 |
| Payment, Feb 15 - Thank you! | -$276.39 |
| **Remaining balance** | **$0.00** |

---

## Service summary

| | | |
|---|---|---|
| 📱 Wireless | *Page 2* | $276.21 |
| **Total services** | | **$276.21** |

---

| **Total due** | **$276.21** |
|---|---|
| Please pay by Apr 01, 2022 | |

---

**Ways to pay and manage your account:**

 **myAT&T app**
iPhone and Android

 **att.com/pay**

 **Call 611 or
800.331.0500**
TTY: 865.241.6567





| Issue Date: | Mar 09, 2022 |
|---|---|
| Account Number: |  |
| Foundation Account: | |

## Service activity

 **Wireless**

| Number | User | Page | Plan | Equipment | Add-ons | Company fees & surcharges | Government fees & taxes | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | **Monthly charges** | | | | |
| Group 7 | | 2 | $110.00 | – | -$15.40 | $1.20 | $0.86 | $96.66 |
| | | 3 | $15.00 | $18.34 | – | $3.97 | $0.65 | $37.96 |
| | | 3 | $15.00 | – | – | $4.12 | $1.35 | $20.47 |
| | | 4 | $15.00 | – | – | $4.12 | $1.35 | $20.47 |
| | | 4 | $15.00 | – | – | $4.12 | $1.35 | $20.47 |
| | | 5 | $15.00 | – | – | $3.97 | $0.65 | $19.62 |
| | | 5 | $15.00 | – | – | $4.12 | $1.35 | $20.47 |
| | | 6 | $15.00 | – | – | $3.97 | $0.65 | $19.62 |
| | | 6 | $15.00 | – | – | $4.12 | $1.35 | $20.47 |
| **Total** | | | **$230.00** | **$18.34** | **-$15.40** | **$33.71** | **$9.56** | **$276.21** |

## Group 7
8 Devices

| Monthly charges | Mar 10 - Apr 09 | |
|---|---|---|
| 1. | Mobile Share Value 30GB with Rollover Data | $110.00 |
| 2. | National Account Discount | -$15.40 |

| Company fees & surcharges | | |
|---|---|---|
| 3. | Federal Universal Service Charge | $0.96 |
| 4. | OH State Cost Recovery Charge | $0.24 |

| Government fees & taxes | | |
|---|---|---|
| 5. | County Sales Tax - Telecom | $0.15 |
| 6. | OH State Sales Tax - Telecom | $0.71 |

**Total for Group 7**          **$96.66**



### Shared usage summary (Feb 10 – Mar 09)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| | | 0.28 | 151 | 469 |
| | | 2.44 | 230 | 3,028 |
| | | 5.25 | 443 | 617 |
| | | 1.05 | 281 | 102 |

*Group 7 continues...*



Page:                        3 of 7
Issue Date:              Mar 09, 2022
Account Number:      ██████████
Foundation Account:  ██████████

*...Group 7 continued*

| | | 4.02 | 717 | 260 |
|---|---|---|---|---|
| ████ | ████████ | 3.62 | 974 | 978 |
| ████ | ████████ | 1.56 | 170 | 613 |
| ████ | ████████ | 0.41 | 251 | 425 |
| Total usage | | 18.61 | 3,217 | 6,492 |
| Included in plan | | 30.00 | unlimited | unlimited |
| *Rollover available through Mar 09: 4.85GB | | 0.00 | | |
| **Rollover available starting Mar 10** | | **11.40** | | |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*
*\* Unused Rollover Data expires after 1 billing period or when you change your plan or account.*

 **Phone,** ████████████
████████

| **Monthly charges** | *Mar 10 – Apr 09* | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |
| 3. | APPLE - Installment 10 of 30 | $18.34 |

| **Company fees & surcharges** | | |
|---|---|---|
| 4. | Administrative Fee | $1.99 |
| 5. | Federal Universal Service Charge | $0.45 |
| 6. | OH State Cost Recovery Charge | $0.03 |
| 7. | Regulatory Cost Recovery Charge | $1.50 |

| **Government fees & taxes** | | |
|---|---|---|
| 8. | County Sales Tax - Telecom | $0.07 |
| 9. | OH State Sales Tax - Telecom | $0.33 |
| 10. | State/Local Wireless-E911 Costs ($.25/billed number) | $0.25 |

**Total for** ████████          **$37.96**

### APPLE                              ████████████

| Established on | Jun 07, 2021 |
|---|---|
| Equipment price | $699.99 |
| Equipment down payment | $150.00 |
| Amount financed | $549.99 |
| Installment 10 of 30 (Mar 07, 2022) | $18.34 |
| Balance remaining after current installment | $366.59 |

*To pay off this installment plan early, please visit att.com/installmentpayoff for details.*

 **Phone,** ████████████
████████

| **Monthly charges** | *Mar 10 – Apr 09* | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |

| **Company fees & surcharges** | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.45 |
| 5. | Indiana Universal Service | $0.08 |
| 6. | Regulatory Cost Recovery Charge | $1.50 |
| 7. | State Gross Receipts Surcharge | $0.07 |
| 8. | Telecom Relay Service Fund | $0.03 |



▆▆▆▆ *continued*

### Government fees & taxes
| | | |
|---|---|---|
| 9. | 9-1-1 Service Fee | $1.00 |
| 10. | IN State Sales Tax - Telecom | $0.35 |

**Total for** ▆▆▆▆      **$20.47**

---

## 📱 Phone, ▆▆▆▆

### Monthly charges     *Mar 10 – Apr 09*
| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |

### Company fees & surcharges
| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.45 |
| 5. | Indiana Universal Service | $0.08 |
| 6. | Regulatory Cost Recovery Charge | $1.50 |
| 7. | State Gross Receipts Surcharge | $0.07 |
| 8. | Telecom Relay Service Fund | $0.03 |

### Government fees & taxes
| | | |
|---|---|---|
| 9. | 9-1-1 Service Fee | $1.00 |
| 10. | IN State Sales Tax - Telecom | $0.35 |

**Total for** ▆▆▆▆      **$20.47**

---

## 📱 Phone, ▆▆▆▆

### Monthly charges     *Mar 10 – Apr 09*
| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |

### Company fees & surcharges
| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.45 |
| 5. | Indiana Universal Service | $0.08 |
| 6. | Regulatory Cost Recovery Charge | $1.50 |
| 7. | State Gross Receipts Surcharge | $0.07 |
| 8. | Telecom Relay Service Fund | $0.03 |

### Government fees & taxes
| | | |
|---|---|---|
| 9. | 9-1-1 Service Fee | $1.00 |

**Usage summary**

| Talk | Used |
|---|---|
| Call over Wi-Fi | 420 |

▆▆▆▆ *continues...*





_█████ continued_

| | | |
|---|---|---|
| 10. | IN State Sales Tax - Telecom | $0.35 |

**Total for** ████████                          **$20.47**

---

📱 **Phone,** ████████
████████

---

**Monthly charges**                        _Mar 10 – Apr 09_

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |

**Company fees & surcharges**

| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.45 |
| 5. | OH State Cost Recovery Charge | $0.03 |
| 6. | Regulatory Cost Recovery Charge | $1.50 |

**Government fees & taxes**

| | | |
|---|---|---|
| 7. | County Sales Tax - Telecom | $0.07 |
| 8. | OH State Sales Tax - Telecom | $0.33 |
| 9. | State/Local Wireless-E911 Costs ($.25/billed number) | $0.25 |

**Total for** ████████                          **$19.62**

---

📱 **Phone,** ████████
████████

---

**Monthly charges**                        _Mar 10 – Apr 09_

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |

**Company fees & surcharges**

| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.45 |
| 5. | Indiana Universal Service | $0.08 |
| 6. | Regulatory Cost Recovery Charge | $1.50 |
| 7. | State Gross Receipts Surcharge | $0.07 |
| 8. | Telecom Relay Service Fund | $0.03 |

**Government fees & taxes**

| | | |
|---|---|---|
| 9. | 9-1-1 Service Fee | $1.00 |
| 10. | IN State Sales Tax - Telecom | $0.35 |

**Total for** ████████                          **$20.47**

_Wireless continues..._



*...Wireless continued*

 **Phone,** ▰▰▰▰▰▰▰▰
JOSEPH T. BAYLY

| Monthly charges | *Mar 10 - Apr 09* | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |
| 3. | NumberSync | $0.00 |

| Company fees & surcharges | | |
|---|---|---|
| 4. | Administrative Fee | $1.99 |
| 5. | Federal Universal Service Charge | $0.45 |
| 6. | OH State Cost Recovery Charge | $0.03 |
| 7. | Regulatory Cost Recovery Charge | $1.50 |

| Government fees & taxes | | |
|---|---|---|
| 8. | County Sales Tax - Telecom | $0.07 |
| 9. | OH State Sales Tax - Telecom | $0.33 |
| 10. | State/Local Wireless-E911 Costs ($.25/billed number) | $0.25 |

| **Total for** ▰▰▰▰▰▰ | **$19.62** |
|---|---|

### Usage summary

| Talk | *Used* |
|---|---|
| Call over Wi-Fi | 24 |

---

📱 ▰▰▰▰▰▰▰▰▰

| Monthly charges | *Mar 10 - Apr 09* | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ VVM | $40.00 |
| 2. | Discount for Access | -$25.00 |

| Company fees & surcharges | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.45 |
| 5. | Indiana Universal Service | $0.08 |
| 6. | Regulatory Cost Recovery Charge | $1.50 |
| 7. | State Gross Receipts Surcharge | $0.07 |
| 8. | Telecom Relay Service Fund | $0.03 |

| Government fees & taxes | | |
|---|---|---|
| 9. | 9-1-1 Service Fee | $1.00 |
| 10. | IN State Sales Tax - Telecom | $0.35 |

| **Total for** ▰▰▰▰▰▰ | **$20.47** |
|---|---|

| **Total for Wireless** | **$276.21** |
|---|---|

# EXHIBIT 7

## DECLARATION OF JEREMY ROTH

1. My name is Jeremy Roth. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I reside in Akron, Ohio, with my wife Deanna. I am a civil designer who provides the sole income for our family. Deanna is a homemaker and mother of our two young children.

3. I did not have my own phone until 2013 and did not pay for phone service in my own name until around 2016 or 2017.

4. I have had T-Mobile phone service in my name during all relevant times for this suit, including the first quarter of 2022, and I plan to continue having cell phone service in the future. I have paid and will continue to pay the monthly bill using my own credit card. The monthly bill contains the Universal Service Charge as a separate line-item entitled "Federal Universal Service Fund."

5. A true and correct copy of sample recent phone bills are attached from January 2022, February 2022, and March 2022.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March <u>29</u>, 2022

## TOTAL DUE
# $101.40

Your bill is due by Feb 07, 2022.

AutoPay is scheduled for Feb 05, 2022 using

Thanks for paying your last bill of $101.42
on Jan 05, 2022.

# Hi Jeremy,

### Here's your bill for January.

With your T-Mobile Essentials plan, you have unlimited talk, text and data. You're
receiving your AutoPay discount. Thanks for being an awesome T-Mobile customer!

---

## PLANS
# $97.64

2 VOICE LINES = $97.64

**This month's charges are $0.02 less**

- 2 lines received a total AutoPay discount of $10.00.
- Thanks for being a part of the T-Mobile family!



COMPARE YOUR PLAN MONTH-TO-MONTH

| $97.66 | $97.66 | $97.66 | $97.64 |
|--------|--------|--------|--------|
| Oct | Nov | Dec | Jan |

---

## EQUIPMENT
# $3.76

2 HANDSETS = $3.76

**This month's charges are the same as last month's**

- 2 lines received promotions of $37.92.

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES
# $0.00

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**T-Mobile® Essentials**

- Take advantage of unlimited 3G HotSpot
- Connect virtually anywhere

---

YOU HAVE

# $47.92

**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

# Largest.
# Fastest.
# Leader in 5G.

YOU ARE COVERED IN

# 210+

countries & destinations
w/ unlimited text

Learn more about your Un-carrier benefits @t-mo.co/Essentials

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards–USA: 5G User Experience Report April 2021.

## THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
| --- | --- | --- | --- | --- | --- |
| **Totals** | | **$97.64** | **$3.76** | **$0.00** | **$101.40** |
| Account | | $90.30 | - | - | **$90.30** |
| ██████ | Voice | $3.67 | $1.88 | - | **$5.55** |
| ██████ | Voice | $3.67 | $1.88 | - | **$5.55** |

## DETAILED CHARGES

### PLANS           $97.64

| REGULAR CHARGES | Jan 15 - Feb 14 | $90.00 |
| --- | --- | --- |

**VOICE LINES**

| Account | T-Mobile Essentials 2+ | $90.00 |
| --- | --- | --- |
| | **Includes $10.00 AutoPay Discount** | |
| ██████ | T-Mobile Essentials 2+ | Included |
| ██████ | T-Mobile Essentials 2+ | Included |

**TAXES & FEES**

| T-Mobile fees & charges | $6.47 |
| --- | --- |
| Government taxes & fees | $1.17 |

### EQUIPMENT           $3.76

**HANDSETS**

| ██████ | iPhone 11 (PRODUCT)RED 128GB | $1.88 |
| --- | --- | --- |
| | $20.84 installment with -$18.96 T209 2020 Apple Switch Promo 2 | |
| | ID: ██████    Balance: $20.67, Installment 23 of 24 | |
| ██████ | iPhone 11 Purple 128GB | $1.88 |
| | $20.84 installment with -$18.96 T209 2020 Apple Switch Promo 2 | |
| | ID: ██████    Balance: $20.67, Installment 23 of 24 | |

### YOU SAVED

| TOTAL | $47.92 |
| --- | --- |
| AutoPay discounts | $10.00 |
| Device discounts | $37.92 |

### YOU USED

**41.01 GB**

**of unlimited data
with T-Mobile Essentials**

| ██████ | **40.98 GB** |
| --- | --- |
| ██████ | **0.03 GB** |

**1071 minutes** of talk &
**678 messages.**

**But no worries, it's all
unlimited with T-Mobile
Essentials!**
Please see important unlimited plan details
below

## TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government
taxes & fees



The taxes & fees below were summarized as line items
above. Here is the breakdown of the individual charges.



Case: 22-60008    Document: 67    Page: 47    Date Filed: 04/11/2022

Bill period
Dec 15, 2021 - Jan 14, 2022

Account

Page
3 of 12

## T-MOBILE FEES & CHARGES

| PLANS | | $6.47 |
|---|---|---|

| Account | | |
|---|---|---|
| | Federal Universal Service Fund | $0.11 |
| | Regulatory Programs & Telco Recovery Fee | $3.18 |
| | Regulatory Programs & Telco Recovery Fee | $3.18 |

## GOVERNMENT TAXES & FEES

| PLANS | | $1.17 |
|---|---|---|

| Account | | |
|---|---|---|
| | State & Local Sales Tax | $0.19 |
| | State & Local Sales Tax | $0.22 |
| | TRS Surcharge | $0.02 |
| | State 911 | $0.25 |
| | State & Local Sales Tax | $0.22 |
| | TRS Surcharge | $0.02 |
| | State 911 | $0.25 |

## TOTAL DUE

# $101.14

Your bill is due by Mar 07, 2022.

AutoPay is scheduled for Mar 05, 2022 using ▮▮▮▮▮

Thanks for paying your last bill of $101.40 on Feb 05, 2022.

# Hi Jeremy,

### Here's your bill for February.

You have completed 2 installment plans. Thanks and enjoy your devices.

---

## PLANS

# $97.64

2 VOICE LINES = $97.64

**This month's charges are the same as last month's**

- Heads up: The combined Regulatory Programs & Telco Recovery Fee is increasing by $0.31/line/mo (data-only lines $0.24/line/mo) Effective 2/19/2022. Visit t-mo.co/rpftrf for more info.
- 2 lines received a total AutoPay discount of $10.00.

**Your plan includes:**

- Unlimited entertainment streaming at DVD quality, 480p
- Unlimited international texts from the US to most countries

Details @ t-mo.co/Plans

---

## EQUIPMENT

# $3.50

2 HANDSETS = $3.50

**This month's charges are $0.26 less**

- You have 2 promotions expiring this month.
- 2 lines received promotions of $37.84.
- You can always go to My.T-Mobile.com/shop to check out new device deals and promotions.

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES

# $0.00

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**T-Mobile® Essentials**

- Take advantage of unlimited 3G HotSpot
- Connect virtually anywhere

---

YOU HAVE

# $47.84

**IN TOTAL SAVINGS**

With your promotions and discounts, you are saving some extra cash!

## Largest. Fastest. Leader in 5G.

YOU ARE COVERED IN

# 210+

countries & destinations w/ unlimited text

Learn more about your Un-carrier benefits @t-mo.co/Essentials

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards--USA: 5G User Experience Report April 2021.


# THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
| --- | --- | --- | --- | --- | --- |
| **Totals** | | **$97.64** | **$3.50** | **$0.00** | **$101.14** |
| Account | | $90.30 | - | - | **$90.30** |
| ▆▆▆▆ | Voice | $3.67 | $1.75 | - | **$5.42** |
| ▆▆▆▆ | Voice | $3.67 | $1.75 | - | **$5.42** |

# DETAILED CHARGES

## PLANS                                                                $97.64

### REGULAR CHARGES                        Feb 15 - Mar 14        $90.00

**VOICE LINES**

| | | |
| --- | --- | --- |
| Account | T-Mobile Essentials 2+ | $90.00 |
| | **Includes $10.00 AutoPay Discount** | |
| ▆▆▆▆ | T-Mobile Essentials 2+ | Included |
| ▆▆▆▆ | T-Mobile Essentials 2+ | Included |

**TAXES & FEES**

| | |
| --- | --- |
| T-Mobile fees & charges | $6.47 |
| Government taxes & fees | $1.17 |

## EQUIPMENT                                                          $3.50

**HANDSETS**

| | | |
| --- | --- | --- |
| ▆▆▆▆ | iPhone 11 (PRODUCT)RED 128GB | $20.67 |
| | **ID:** ▆▆▆ **Balance: $0.00, Installment 24 of 25** | |
| | T209 2020 Apple Switch Promo 2 | -$18.92 |
| | ID: 202003131105830416, Installment 24 of 24 | |
| ▆▆▆▆ | iPhone 11 Purple 128GB | $20.67 |
| | **ID:** ▆▆▆ **Balance: $0.00, Installment 24 of 25** | |
| | T209 2020 Apple Switch Promo 2 | -$18.92 |
| | **ID** ▆▆▆ **, Installment 24 of 24** | |

**DEVICES ELIGIBLE FOR UNLOCKING**

| | |
| --- | --- |
| ▆▆▆▆ | Apple iPhone 11 |
| | **As of Feb 14, your device with IMEI** ▆▆▆ **is eligible to be unlocked. Dial *#06# to get the device IMEI. Visit https://support.t-mobile.com/docs/DOC-1588 to learn more.** |
| ▆▆▆▆ | Apple iPhone 11 |
| | **As of Feb 14, your device with IMEI** ▆▆▆ **is eligible to be unlocked. Dial *#06# to get the device IMEI. Visit https://support.t-mobile.com/docs/DOC-1588 to learn more.** |

---

**YOU SAVED**

| | |
| --- | --- |
| **TOTAL** | **$47.84** |
| AutoPay discounts | $10.00 |
| Device discounts | $37.84 |

---

**YOU USED**

**39.51**^GB

**of unlimited data**
**with T-Mobile Essentials**

| ▆▆▆▆ | 39.22^GB |
| --- | --- |

| ▆▆▆▆ | 0.29^GB |
| --- | --- |

**891 minutes** of talk &
**787 messages.**

**But no worries, it's all unlimited with T-Mobile Essentials!**

Please see important unlimited plan details below



# TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government
taxes & fees

The taxes & fees below were summarized as line items
above. Here is the breakdown of the individual charges.

### T-MOBILE FEES & CHARGES

| PLANS | | $6.47 |
|---|---|---|
| Account | Federal Universal Service Fund | $0.11 |
| | Regulatory Programs & Telco Recovery Fee | $3.18 |
| | Regulatory Programs & Telco Recovery Fee | $3.18 |

### GOVERNMENT TAXES & FEES

| PLANS | | $1.17 |
|---|---|---|
| Account | State & Local Sales Tax | $0.19 |
| | State & Local Sales Tax | $0.22 |
| | TRS Surcharge | $0.02 |
| | State 911 | $0.25 |
| | State & Local Sales Tax | $0.22 |
| | TRS Surcharge | $0.02 |
| | State 911 | $0.25 |

## TOTAL DUE

# $108.³³

Your bill is due by Apr 07, 2022.

Your AutoPay

Thanks for paying your last bill of $101.14 on Mar 10, 2022.

# Hi Jeremy,

## Here's your bill for March.

We weren't able to process your automatic payment, so you didn't receive your AutoPay discount. To continue saving each month, re-enroll in AutoPay now at t-mo.co/autopay.

---

## PLANS

# $108.³³

2 VOICE LINES = $108.33

**This month's charges are $10.69 more**

- Heads up: The combined Regulatory Programs & Telco Recovery Fee is increasing by $0.31/line/mo (data-only lines $0.24/line/mo) Effective 2/19/2022. Visit t-mo.co/rpftrf for more info.
- Thanks for being a part of the T-Mobile family!

**Your plan includes:**

- Unlimited entertainment streaming at DVD quality, 480p
- Unlimited international texts from the US to most countries

Details @ t-mo.co/Plans

---

## EQUIPMENT

# $0.⁰⁰

**This month's charges are $3.50 less**

- You had 2 promotions expire last month.
- You can always go to My.T-Mobile.com/shop to check out new device deals and promotions.

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES

# $0.⁰⁰

**This month's charges are the same as last month's**

- Use your phone in Mexico and Canada! Enjoy Mobile Without Borders. Get unlimited talk, text and data throughout North America.

**T-Mobile® Essentials**

- Take advantage of unlimited 3G HotSpot
- Connect virtually anywhere

---

GET UP TO SPEED

**Manage your account on the go or from home**

It's easy to check your usage, view or pay bills, change your plan or chat with a T-Mobile representative all online at My.T-Mobile.com.

**Largest.
Fastest.
Leader in 5G.**

YOU ARE COVERED IN

**210+**

countries & destinations
w/ unlimited text

Learn more about your Un-carrier benefits @t-mo.co/Essentials

Capable device required; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. Awarded fastest by Opensignal Awards—USA: 5G User Experience Report April 2021.



## THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | Total |
|---|---|---|---|---|---|
| **Totals** | | **$108.33** | **$0.00** | **$0.00** | **$108.33** |
| Account | | $100.33 | - | - | $100.33 |
| ▉▉▉▉▉ | Voice | $4.00 | - | - | $4.00 |
| ▉▉▉▉▉ | Voice | $4.00 | - | - | $4.00 |

## DETAILED CHARGES

### PLANS                                                        $108.33

| REGULAR CHARGES | Mar 15 - Apr 14 | $100.00 |
|---|---|---|

**VOICE LINES**

| Account | Essentials | $100.00 |
|---|---|---|
| ▉▉▉▉▉ | Essentials | Included |
| ▉▉▉▉▉ | Essentials | Included |

**TAXES & FEES**

| T-Mobile fees & charges | $7.10 |
|---|---|
| Government taxes & fees | $1.23 |



**YOU USED**

**29.61**$^{GB}$
**of unlimited data
with T-Mobile Essentials**

| ▉▉▉▉▉▉ | **29.40**$^{GB}$ |
|---|---|
| ▉▉▉▉▉▉ | 0.21$^{GB}$ |

**642 minutes** of talk &
**781 messages.**

**But no worries, it's all
unlimited with T-Mobile
Essentials!**

Please see important unlimited plan details
below

## TAXES & FEES BREAKDOWN

Below are your T-Mobile fees & charges and your government
taxes & fees

   The taxes & fees below were summarized as line items
above. Here is the breakdown of the individual charges.

### T-MOBILE FEES & CHARGES

| PLANS | | $7.10 |
|---|---|---|
| Account | Federal Universal Service Fund | $0.12 |
| ▉▉▉▉ | Regulatory Programs & Telco Recovery Fee | $3.49 |
| ▉▉▉▉ | Regulatory Programs & Telco Recovery Fee | $3.49 |

### GOVERNMENT TAXES & FEES

| PLANS | | $1.23 |
|---|---|---|
| Account | State & Local Sales Tax | $0.21 |
| ▉▉▉▉ | State & Local Sales Tax | $0.24 |
| | TRS Surcharge | $0.02 |
| | State 911 | $0.25 |
| ▉▉▉▉ | State & Local Sales Tax | $0.24 |
| | TRS Surcharge | $0.02 |
| | State 911 | $0.25 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

Dated: April 11, 2022

/s/ R. Trent McCotter
R. Trent McCotter
Boyden Gray & Associates
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488