## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2022

Mr. Corbin Barthold
TechFreedom
110 Maryland Avenue, N.E.
Suite 205
Washington, DC 20002

    No. 22-60008   Consumers' Research v. FCC
                           USDC No. 96-45

Dear Mr. Barthold,

The following pertains to your brief electronically filed on April 18, 2022.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with FED. R. APP. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

Signature is required on the conclusion.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Mr. Jeffrey Steven Beelaert
    Mr. James Michael Carr
    Mr. Adam Crews
    Ms. P. Michele Ellison
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Jacob Matthew Lewis
    Mr. R. Trent McCotter
    Mr. Michael Dean Miller
    Mr. Jason Neal
    Mr. Andrew Jay Schwartzman
    Mr. Gerard J. Sinzdak
    Ms. Jennifer Tatel
    Ms. Stephanie Weiner

Case No. 22-60008

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

       Petitioners

v.

Federal Communications Commission; United States of America,

       Respondents