April 19, 2022

Lyle W. Cayce, Clerk
United States Court of Appeals
 for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      RE:   *Consumers' Research et al. v. FCC et al.*, No. 22-60008

Dear Mr. Cayce:

      Pursuant to Fifth Circuit Rule 31.4, the respondents in this case (the Federal Communications Commission and the United States of America) respectfully request a 30-day extension of time to file their brief, which is currently due on May 11, 2022.  Respondents have not previously sought an extension in this case.  This request is unopposed.

      Good cause exists for this extension.  This case involves a complex statutory scheme and important constitutional issues.  The drafting and production of respondents' brief will entail extensive coordination between the FCC and the Department of Justice, including review and revision of drafts by numerous lawyers at both agencies.  Because this process will require a considerable amount of time, a 30-day extension of time is warranted.

      Accordingly, respondents' unopposed request should be granted, and the time for filing respondents' brief should be extended until June 10, 2022.

                                                              Respectfully,

| | |
|---|---|
| /s/Gerard Sinzdak | /s/James M. Carr |
| | |
| Gerard Sinzdak | James M. Carr |
| Attorney, Appellate Staff | Counsel |
| Civil Division, Room 7242 | Federal Communications Commission |
| U.S. Department of Justice | Washington, DC  20554 |
| 950 Pennsylvania Ave., N.W. | |
| Washington, DC  20530 | |

cc:      Counsel for all parties (via ECF)