# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY; JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS,<br><br>Petitioners,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, UNITED STATES OF AMERICA,<br><br>Respondents. | No. 22-60008 |

**PETITIONERS' MOTION TO FILE A REPLY BRIEF IN EXCESS OF WORD-VOLUME LIMITATIONS**

1

# CERTIFICATE OF INTERESTED PERSONS

*Consumers' Research et al. v. Federal Communications Commission et al.*

No. 22-60008

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

*Petitioners*

1. Consumers' Research. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Cause Based Commerce, Incorporated. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. Kersten Conway

4. Suzanne Bettac

5. Robert Kull

6. Kwang Ja Kerby

7. Tom Kirby

8. Joseph Bayly

9. Jeremy Roth

10. Deanna Roth

11. Lynn Gibbs

12. Paul Gibbs

13. Rhonda Thomas

*Respondents*

14. Federal Communications Commission

15. United States of America

*Intervenors*

16. Benton Institute for Broadband & Society

17. National Digital Inclusion Alliance

18. Center for Media Justice (d/b/a MediaJustice)

19. Schools, Health & Libraries Broadband Coalition

20. National Telecommunications Cooperative Association (d/b/a NTCA – The Rural Broadband Association)

21. Competitive Carriers Association

*Counsel*

22. Boyden Gray & Associates PLLC: C. Boyden Gray, R. Trent McCotter, Jonathan Berry, Michael Buschbacher, and Jared M. Kelson are counsel for Petitioners.

23. Federal Communications Commission: James M. Carr and Jacob M. Lewis are counsel for Respondent FCC.

24. United States Department of Justice: Gerard J. Sinzdak is counsel for Respondent United States of America.

25. Andrew Jay Schwartzman is counsel for Intervenors Benton Institute for Broadband & Society, National Digital Inclusion Alliance, and Center for Media Justice (d/b/a MediaJustice).

26. Harris, Wiltshire & Grannis, LLP: Jason Neal and Stephanie Weiner are counsel for Intervenors Schools, Health & Libraries Broadband Coalition.

27. Wilkinson, Barker & Knauer LLP: Jennifer Tatel and Craig Gilmore are counsel for USTelecom – The Broadband Association; National Telecommunications Cooperative Association (d/b/a NTCA – The Rural Broadband Association); and Competitive Carriers Association.

Dated: June 23, 2022                    /s/ R. Trent McCotter
                                        R. Trent McCotter
                                        *Counsel of Record for Petitioners*

Pursuant to Fifth Circuit Rule 32.2, Petitioners respectfully request that the Court enlarge the word-volume limit for their reply brief in this case from 6,500 words to 9,500 words.

Good cause exists for this request because Petitioners are responding to nearly 45,000 words of briefing filed by two Respondents, seven Intervenors, and a multitude of supporting *amici curiae*. Under the normal framework, a reply brief can be half as long as the opposing brief, which here would equate to nearly 16,000 words for a reply because the briefs filed by Respondents and Intervenors total 31,860 words (not even counting the *amici* briefs), but Petitioners instead seek only a partial enlargement to 9,500.

Moreover, as the word counts and significant outside interest indicate, this case involves several complex nondelegation challenges to the FCC's revenue-raising process and its redelegation of that power to a private entity, as well as procedural arguments raised by Respondents and Intervenors regarding the timeliness of Petitioners' challenge. The Court would likely benefit from full replies on all of these issues.

Petitioners worked diligently to fit their opening brief within the 13,000 word limit for an opening brief, but in drafting the reply brief it has become clear that Petitioners' responses to the arguments raised by the other parties' voluminous

briefing will require additional words beyond the 6,500 limit. Petitioners therefore respectfully request an enlargement to 9,500 words.

Respondents—the Federal Communications Commission and the United States of America—do not object to this requested relief. Intervenors oppose this requested relief.

Pursuant to Fifth Circuit Rule 32.2, Petitioners are making this request at least 10 days in advance of the reply brief's due date, which is currently July 8, 2022.

Dated: June 23, 2022　　　　　　　　　　　Respectfully submitted,

/s/ R. Trent McCotter

R. TRENT MCCOTTER
　*Counsel of Record*
JONATHAN BERRY
MICHAEL BUSCHBACHER
JARED M. KELSON
BOYDEN GRAY & ASSOCIATES
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitations of Fifth Circuit Rule 27.4 and Federal Rule of Appellate Procedure 27(d)(2) because it contains 282 words, excluding the portions exempted by Rule 27(a)(2)(B). This brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman and 14-point font.

Dated: June 23, 2022                       Respectfully submitted,

                                               /s/ R. Trent McCotter

                                               *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF. All parties in this case are represented by counsel consenting to electronic service.

Dated: June 23, 2022                Respectfully submitted,

                                    /s/ R. Trent McCotter

                                    *Counsel for Petitioners*