## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 23, 2022

Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 22-60008   Consumers' Research v. FCC
                       Agency No. 96-45

Dear Mr. McCotter,

We received your letter requesting an extension. The incorrect event was used when filing. You may file as an attorney extension request. We are taking no action on this letter.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Majella A. Sutton, Deputy Clerk
                                  504-310-780

cc:
      Ms. MaryAnn T. Almeida
      Mr. James Baller
      Mr. Corbin Barthold
      Mr. Jeffrey Steven Beelaert
      Mr. James Michael Carr
      Mr. Adam Crews
      Ms. P. Michele Ellison
      Mr. Merrick Garland, U.S. Attorney General
      Mr. Craig Edward Gilmore
      Mr. David Morris Gossett
      Mr. Eric P. Gotting
      Mr. Gregory Guice
      Mr. Jared Kelson
      Mr. Jacob Matthew Lewis
      Mr. Jason Neal

```
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak
Ms. Thaila K. Sundaresan
Ms. Jennifer Tatel
Ms. Stephanie Weiner
```