## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 23, 2022

Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 22-60008   Consumers' Research v. FCC
                     Agency No. 96-45

Dear Mr. McCotter,

We received your extension request. This is a duplicate document that was filed on March 10, 2022 requesting an extension for petitioners' brief. Due to this extension was requested in error, we are taking no action on this extension request.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Majella A. Sutton, Deputy Clerk
                                 504-310-7680

cc:
    Ms. MaryAnn T. Almeida
    Mr. James Baller
    Mr. Corbin Barthold
    Mr. Jeffrey Steven Beelaert
    Mr. James Michael Carr
    Mr. Adam Crews
    Ms. P. Michele Ellison
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Craig Edward Gilmore
    Mr. David Morris Gossett
    Mr. Eric P. Gotting
    Mr. Gregory Guice
    Mr. Jared Kelson
    Mr. Jacob Matthew Lewis

Mr. Jason Neal  
Mr. Andrew Jay Schwartzman  
Mr. Gerard J. Sinzdak  
Ms. Thaila K. Sundaresan  
Ms. Jennifer Tatel  
Ms. Stephanie Weiner