**BOYDEN GRAY & ASSOCIATES PLLC**
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

March 10, 2022

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: *Consumers' Research et al. v. Federal Communications Commission et al.*, No. 22-60008

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 31.4, Petitioners respectfully request a 14-day extension of time to file their opening brief and excerpts, which are currently due March 28, 2022. Petitioners have not previously sought an extension in this case. This request is unopposed.

Good cause exists for this extension. This case involves a broad range of complex statutory and constitutional issues. Counsel of record for Petitioners requires additional time to draft and review these issues because of extensive recent deadlines in other matters, including in *Feds for Medical Freedom v. Biden*, No. 22-40043, which involved emergency stay motion briefing, expedited full merits briefing, and oral argument before this Court (on March 8). Counsel also filed briefs at the Oregon Supreme Court on March 2 and the U.S. Supreme Court on March 7 and March 9. Further, counsel has a brief due to this Court on April 1 in another extensive agency challenge (*Alliance for Fair Board Recruitment v. SEC*, No. 21-60626).

The additional time requested in this case will also facilitate the preparation and submission of potential *amicus* briefs that could assist the Court with its consideration of the issues in this case.

Respectfully,

/s/ R. TRENT MCCOTTER

*Counsel of Record for Petitioners*

BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
mccotter@boydengrayassociates.com

cc: All Counsel