BOYDEN GRAY & ASSOCIATES PLLC
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

June 23, 2022

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 Maestri Street, Suite 115
New Orleans, LA 70130

Re:   *Consumers' Research et al. v. FCC et al.*, No. 22-60008

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 31.4, the undersigned counsel for Petitioners respectfully requests an unopposed, 7-day extension of time to file their reply brief and the joint appendix in the above-captioned matter. Petitioners' reply brief and the joint appendix are currently due on Friday, July 8, 2022. With a 7-day extension, the new deadline would be Friday, July 15, 2022.

Good cause supports this request. Undersigned counsel of record will be out of the country on his honeymoon from July 2 through July 13. Moreover, the case involves several complex issues and a significant volume of briefing, with Respondents' and Intervenors' briefs alone totaling nearly 32,000 words, and briefing by *amici curiae* in support of Respondents totaling another 12,800 words.

Respondents and Intervenors do not oppose this request.

                                                Respectfully,

                                                /S/ R. TRENT MCCOTTER

                                                BOYDEN GRAY & ASSOCIATES PLLC
                                                801 17th Street NW, Suite 350
                                                Washington, DC 20006
                                                202-706-5488

mccotter@boydengrayassociates.com

cc:   All Counsel