**BOYDEN GRAY & ASSOCIATES PLLC**
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

July 19, 2022

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit

Re:   *Consumers' Research et al. v. FCC et al*, No. 22-60008

Dear Mr. Cayce:

Petitioners filed their opening brief in this case on April 11, 2022. Petitioners left blank "JA__" cites to be completed when the parties later filed the Joint Appendix. The Joint Appendix was filed on July 15, 2022, and accepted by the Court on July 19, 2022.

Petitioners have attached a revised version of their opening brief, with the "JA__" cites now containing references to the appropriate portions of the Joint Appendix.

Respectfully,

/S/ R. TRENT MCCOTTER

*Counsel of Record for Petitioners*

BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006

cc:   All Counsel