

July 19, 2022

**BY ELECTRONIC FILING**

Lyle W. Caycee, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana  70130

Re:    No. 22-60008, *Consumers' Research et al. v. Federal Communications Commission et al.*

Dear Mr. Caycee:

    Please find attached a final version of the joint brief of Intervenors Schools, Health & Libraries Broadband Coalition, Benton Institute for Broadband & Society, National Digital Inclusion Alliance, and Center for Media Justice, dba Media Justice, in support of Respondents in the above-captioned case. Intervenors' initial brief, filed on June 17, 2022, included blank "A___" citations, with references to the relevant portions of the record, to be replaced when the parties filed a joint appendix pursuant to Fifth Circuit Rule 30.2. The attached brief includes completed citations to the Joint Appendix filed on July 15, 2022.

                                                Respectfully submitted,

                                                /s/ Stephanie Weiner

                                                Stephanie Weiner
                                                *Counsel to Schools, Health &*
                                                *Libraries Broadband Coalition*

## CERTIFICATE OF SERVICE

I certify that, on July 19, 2022, a true and correct copy of the foregoing letter was served via the Court's CM/ECF system on all counsel of record.

/s/ Stephanie Weiner

Stephanie Weiner
*Counsel to Schools, Health & Libraries Broadband Coalition*