

Federal Communications Commission
Washington, D.C. 20554

July 20, 2022

**BY ELECTRONIC FILING**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

      RE:   *Consumers' Research v. FCC*, No. 22-60008

Dear Mr. Cayce:

      Please find attached the final version of the Brief for Respondents in the above referenced case.  Respondents' initial brief, filed on June 10, 2022, included blank "A__" citations, with references to the relevant portions of the record, to be completed when the parties filed a Joint Appendix pursuant to Fifth Circuit Rule 30.2.  The attached brief includes completed citations to the Joint Appendix filed on July 15, 2022.

                    Respectfully submitted,

                    */s/James M. Carr*

                    James M. Carr
                    Counsel