WILKINSON ) BARKER ) KNAUER ) LLP

1800 M STREET, NW
SUITE 800N
WASHINGTON, DC 20036
TEL 202.783.4141
FAX 202.783.5851
WWW.WBKLAW.COM
JENNIFER TATEL
202.383.3344
JTATEL@WBKLAW.COM

July 27, 2022

**BY ELECTRONIC FILING**

Lyle W. Caycee, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130

    Re: Case No. 22-60008, *Consumers' Research et al. v. Federal Communications Commission et al.*

Dear Mr. Caycee:

  Please find attached a final version of the joint brief of Intervenors USTelecom – The Broadband Association, National Telecommunications Cooperative Association d/b/a NTCA – The Rural Broadband Association, and the Competitive Carriers Association in support of Respondents in the above-captioned case. Intervenors' initial brief, filed on June 17, 2022, included blank "A___" citations, with references to the relevant portions of the record, to be replaced when the parties filed a joint appendix pursuant to Fifth Circuit Rule 30.2. The attached brief includes completed citations to the Joint Appendix filed on July 15, 2022.

           Respectfully submitted,

           /s/ Jennifer Tatel

           Jennifer Tatel
           *Counsel to USTelecom, NTCA, and CCA*

## CERTIFICATE OF SERVICE

I certify that, on July 27, 2022, a true and correct copy of the foregoing letter was served via the Court's CM/ECF system on all counsel of record.

/s/ Jennifer Tatel
_____

Jennifer Tatel
*Counsel to USTelecom, NTCA, and CCA*