# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2022

Mr. Corbin Barthold
TechFreedom
110 Maryland Avenue, N.E.
Suite 205
Washington, DC 20002

Mr. Jeffrey Steven Beelaert
Stein Mitchell Beato & Missner, L.L.P.
901 15th Street, N.W.
Suite 700
Washington, DC 20005

Mr. James Michael Carr
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Mr. David Morris Gossett
Davis Wright Tremaine, L.L.P.
1301 K Street, N.W.
Suite 500 East
Washington, DC 20005

Mr. Eric P. Gotting
Keller & Heckman, L.L.P.
1001 G Street, N.W.
Suite 500w
Washington, DC 20001-0000

Mr. Gregory Guice
Public Knowledge
1818 N Street, N.W.
Washington, DC 20036

Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Ms. Jennifer Tatel
Wilkinson, Barker & Knauer, L.L.P.
1800 M Street, N.W.
Suite 800N
Washington, DC 20036

Ms. Stephanie Weiner
Harris, Wiltshire & Grannis, L.L.P.
1919 M Street, N.W.
8th Floor
Washington, DC 20036

  No. 22-60008  Consumers' Research v. FCC
        USDC No. 96-45

Dear Mr. Barthold, Mr. Beelaert, Mr. Carr, Mr. Gossett, Mr. Gotting, Mr. Guice, Mr. McCotter, Ms. Tatel, and Ms. Weiner,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

```
Appellant Brief    4/11/22
Record Excerpts    4/11/22
Addendum           4/11/22
Amicus             4/18/22
Amicus             4/18/22
Appellee           6/10/22
Intervenor         6/17/22
Amicus             6/17/22
Intervenor         6/17/22
Amicus             6/17/22
Amicus             6/17/22
Appendix           7/15/22
Reply              7/15/22
```

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Ms. MaryAnn T. Almeida
    Mr. James Baller
    Mr. Adam Crews
    Ms. P. Michele Ellison
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Craig Edward Gilmore
    Mr. Jared Kelson
    Mr. Jacob Matthew Lewis
    Mr. Jason Neal
    Mr. Andrew Jay Schwartzman
    Mr. Gerard J. Sinzdak
    Ms. Thaila K. Sundaresan