

Federal Communications Commission
Washington, D.C. 20554

August 15, 2022

**BY ELECTRONIC FILING**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

    RE:   *Consumers' Research v. FCC*, No. 22-60008

Dear Mr. Cayce:

    Pursuant to FRAP Rule 28(j), I write to inform the Court of a recent development that pertains to the above referenced case.  In accordance with section 60104(c) of the Infrastructure Investment and Jobs Act, Pub. L. No. 117-58, 135 Stat. 429 (2021), the Federal Communications Commission issued a report to Congress concerning the future of the FCC's universal service program.  *Report on the Future of the Universal Service Fund*, FCC 22-67 (released August 15, 2022) (*Report to Congress*) (copy attached).  In this report, the Commission considered and rejected petitioners' arguments that the universal service program is unlawful.  *Report to Congress* ¶¶ 112-119.  Specifically, the Commission endorsed the arguments presented in respondents' brief in this case that the delegation of authority to the FCC under 47 U.S.C. § 254 is constitutional, *id*. ¶¶ 114-15, and that the Commission did not improperly subdelegate its authority to the Universal Service Administrative Company, *id*. ¶ 116.

                                              Respectfully submitted,

                                              /s/James M. Carr

                                              James M. Carr
                                              Counsel

cc:    Counsel for all parties (via ECF)