**BOYDEN GRAY & ASSOCIATES PLLC**
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

August 16, 2022

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   *Consumers' Research v. FCC*, No. 22-60008

Mr. Cayce:

On August 15, 2022, Respondents filed a Rule 28(j) letter regarding a Universal Service Fund report that the Federal Communications Commission recently sent to Congress. *See In re Report on the Future of the Universal Service Fund*, FCC WC Docket No. 21-476 (Aug. 15, 2022), https://docs.fcc.gov/public/attachments/FCC-22-67A1.pdf  (hereinafter, "USF Report").

For several reasons, the USF Report is irrelevant to this Court's consideration of the merits.

*First*, "[t]he grounds upon which an administrative order must be judged are those upon which the record discloses that its action was based." *SEC v. Chenery Corp.*, 318 U.S. 80, 87 (1943). The FCC did not consider the USF Report during the agency proceedings below, nor could the FCC have done so, given that the USF Report post-dates not only the agency actions at issue here but also the parties' merits briefing at this Court.

*Second*, by its own terms, the USF Report makes only nonbinding "recommendations." USF Report ¶¶ 27–111.

*Third*, the USF Report's analysis on nondelegation—where the FCC unsurprisingly concludes that its actions have been entirely legal—

Page 2

simply parrots Respondents' briefing in this Court. *Compare id.* ¶¶ 112–16, *with* Respondents' Br. 30–62.

                                         Respectfully,

                                         <u>/S/ R. TRENT MCCOTTER</u>
                                         *Counsel of Record for Petitioners*

                                         BOYDEN GRAY & ASSOCIATES PLLC
                                         801 17th Street NW, Suite 350
                                         Washington, DC 20006
                                         202-706-5488
                                         mccotter@boydengrayassociates.com

cc:    All Counsel