# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Consumers Research, et al.,<br>     Petitioners,<br><br>v.<br><br>Federal Communications Commission<br>and United States of America,<br>     Respondents. | )<br>)<br>)<br>)<br>) No. 22-60008<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned counsel, Stephanie Weiner, withdraws her appearance for Intervenor Schools, Health & Libraries Broadband Coalition in these consolidated cases. Jason Neal of HWG LLP continues to represent Intervenor Schools, Health & Libraries Broadband Coalition in this matter.

Dated: September 9, 2022

                Respectfully Submitted,

                /s/ Stephanie Weiner
                Stephanie Weiner
                HWG LLP
                1919 M St., NW, 8th Floor
                Washington, DC  20036
                (202) 730-1300
                sweiner@hwglaw.com

## CERTIFICATE OF SERVICE

I certify that on this 9th day of September, 2022, the foregoing document was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

/s/ Stephanie Weiner
Stephanie Weiner