# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2022

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

No. 22-60008   Consumers' Research v. FCC

Projected Week of Hearing **12/05/2022**
-------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                                    CALENDARING DEPARTMENT
                                    clerk_calendaring@ca5.uscourts.gov

Ms. MaryAnn T. Almeida
Mr. James Baller
Mr. Corbin Barthold
Mr. Jeffrey Steven Beelaert
Mr. James Michael Carr
Mr. Adam Crews
Mr. Craig Edward Gilmore

Mr. David Morris Gossett
Mr. Eric P. Gotting
Mr. Gregory Guice
Mr. Jared Kelson
Mr. Jacob Matthew Lewis
Mr. R. Trent McCotter
Mr. Jason Neal
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak
Ms. Thaila K. Sundaresan
Ms. Jennifer Tatel