# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 24, 2023
Lyle W. Cayce
Clerk

No. 22-60008

_____

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

_____

On Petition for Review of an Order of the
Federal Communications Commission
Agency No. 96-45

_____

Before Richman, *Chief Judge,* and Stewart and Haynes, *Circuit Judges.*

J U D G M E N T

This cause was considered on the petition of Consumers' Research, Cause Based Commerce, Incorporated, Kersten Conway, Suzanne Bettac, Robert Kull, Kwang Ja Kerby, Tom Kirby, Joseph Bayly, Jeremy Roth,

No. 22-60008

Deanna Roth, Lynn Gibbs, Paul Gibbs, and Rhonda Thomas for review of an order of the Federal Communications Commission and was argued by counsel.

    IT IS ORDERED and ADJUDGED that the petition for review is DENIED.

    IT IS FURTHER ORDERED that petitioners pay to respondents the costs on appeal to be taxed by the Clerk of this Court.