# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 25, 2023

Mr. Corbin Barthold
TechFreedom
110 Maryland Avenue, N.E.
Suite 205
Washington, DC 20002

     No. 22-60008   Consumers' Research v. FCC
              Agency No. 96-45

Dear Mr. Barthold,

We received your Motion for leave to file Amicus Curiae Brief in
support of rehearing en banc and proposed brief.  In light of
the wrong event was used, we are taking no action on this
motion.  The documents must be filed as "Motion Filed On Behalf
Of Party".

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Whitney M. Jett, Deputy Clerk
               504-310-7772

cc:
     Ms. MaryAnn T. Almeida
     Mr. James Baller
     Mr. Jeffrey Steven Beelaert
     Mr. James Michael Carr
     Mr. Adam Crews
     Ms. P. Michele Ellison
     Mr. Merrick Garland, U.S. Attorney General
     Mr. Craig Edward Gilmore
     Mr. David Morris Gossett
     Mr. Eric P. Gotting
     Mr. Gregory Guice
     Mr. Jared Kelson
     Mr. Jacob Matthew Lewis
     Mr. R. Trent McCotter
     Mr. Jason Neal
     Mr. Andrew Jay Schwartzman
     Mr. Gerard J. Sinzdak
     Ms. Thaila K. Sundaresan
     Ms. Jennifer Tatel