# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 27, 2023

Mr. Corbin Barthold
TechFreedom
110 Maryland Avenue, N.E.
Suite 205
Washington, DC 20002

    No. 22-60008    Consumers' Research v. FCC
                    USDC No. 96-45

Dear Mr. Barthold,

Your motion does not contain a certificate of conference, pursuant to 5th Cir. R. 27.4.

Your motion does not contain a certificate of compliance, pursuant to Fed. R. App. P. 32(g)(1) and 27(d)(2)(A).

You must **email** your sufficient motion to: whitney_jett@ca5.uscourts.gov for review within 10 days of this date. If the motion is in compliance, you will receive a notice of docket activity advising you that the sufficient motion has been filed.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      */s/ Whitney M. Jett*
                                      By: _____
                                      Whitney M. Jett, Deputy Clerk
                                      504-310-7772

cc:
    Ms. MaryAnn T. Almeida
    Mr. James Baller
    Mr. Jeffrey Steven Beelaert
    Mr. James Michael Carr
    Mr. Adam Crews
    Ms. P. Michele Ellison
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Craig Edward Gilmore

```
Mr. David Morris Gossett
Mr. Eric P. Gotting
Mr. Gregory Guice
Mr. Jared Kelson
Mr. Jacob Matthew Lewis
Mr. R. Trent McCotter
Mr. Jason Neal
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak
Ms. Thaila K. Sundaresan
Ms. Jennifer Tatel
```