No. 22-60008

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CONSUMERS' RESEARCH; CAUSE BASED COMMERCE,
INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC;
ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY;
JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS;
RHONDA THOMAS,
*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA,
*Respondents*.

On petition for review of an agency order

**MOTION OF COMPETITIVE ENTERPRISE INSTITUTE, FREE
STATE FOUNDATION, CHRISTOPHER DEMUTH, HAROLD
FURCHTGOTT-ROTH, MICHAEL S. GREVE, AND RANDOLPH
J. MAY FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN
SUPPORT OF THE PETITION FOR REHEARING EN BANC**

Jeffrey S. Beelaert
  *Counsel of Record*
STEIN MITCHELL BEATO & MISSNER LLP
901 15th Street NW
Washington, D.C. 20005
(202) 737-7777
jbeelaert@steinmitchell.com

Under Federal Rule of Appellate Procedure 29(b), Competitive Enterprise Institute, Free State Foundation, Christopher DeMuth, Harold Furchtgott-Roth, Michael S. Greve, and Randolph J. May respectfully move this Court for leave to file a brief as amici curiae in support of the petition for rehearing en banc (Dkt. No. 176).

Interest of Proposed Amici

Proposed amici have extensive experience with administrative law and the separation of powers. They believe that the Constitution requires Congress—not the Federal Communications Commission—to make the difficult decisions to raise the revenue that funds the Commission's universal services program.

The **Competitive Enterprise Institute** is a nonprofit organization headquartered in Washington, D.C., dedicated to promoting the principles of free markets and limited government. Since its founding in 1984, the institute has focused on raising public understanding of the problems of overregulation. It has done so through policy analysis, commentary, and litigation.

The **Free State Foundation** is a nonprofit, nonpartisan think tank. Its purpose is to promote, through research and educational activities, understanding of free markets, free speech, limited government, and rule of law principles at the federal level and in Maryland, and to advocate laws and policies true to these principles.

**Christopher DeMuth** is a distinguished fellow at the Hudson Institute, an organization dedicated to the nonpartisan analysis of economic, security, and political issues. Mr. DeMuth previously served as president of the American Enterprise Institute for Public Policy from 1986 to 2008. He frequently speaks and writes about government regulation, government policies, and legal controversies.

**Harold Furchtgott-Roth** is a senior fellow and director of the Center for the Economics of the Internet at Hudson Institute. He frequently comments on issues related to the communications sector of the economy. From 1997 through 2001, Mr. Furchtgott-Roth served as a commissioner of the Federal Communications Commission.

Professor **Michael S. Greve** teaches administrative law at the Antonin Scalia Law School, George Mason University. Professor Greve also specializes in constitutional law, courts, and business regulation. A prolific writer, Professor Greve has authored nine books and a multitude of articles appearing in scholarly publications, as well as numerous editorials, short articles, and book reviews.

**Randolph J. May** is the Founder and President of The Free State Foundation. He is a past Chair of the American Bar Association's Section of Administrative Law and Regulatory Practice, a Fellow of the National Academy of Public Administration, and has served as a Public Member of the Administrative Conference of the United States, where he currently is a Senior Fellow. Mr. May has published more than two

hundred articles and essays on communications, administrative, and constitutional law topics.

## Proposed Amici's Relevance

At the merits stage, proposed amici filed a brief in support of the petitioners. *See* Dkt. Nos. 78, 154. Yet the panel issued an adverse decision inconsistent with this Court's precedent and inconsistent with binding decisions from the Supreme Court. Proposed amici offer reasons beyond those advanced by petitioners for the Court to grant rehearing en banc in this case.

## Length of Proposed Brief

The proposed brief complies with Federal Rules of Appellate Procedure 29(a)(4) and 29(b)(4) because it does not exceed 2,600 words.

## Local Rule 27.4

In accord with Fifth Circuit Local Rule 27.4, undersigned counsel contacted or attempted to contact all other parties in this case. No party indicated that it intended to file an opposition to this motion.

\* \* \*

For the foregoing reasons, proposed amici respectfully request that the Court grants this motion and that it allows the accompanying brief to be filed in support of the petition for rehearing en banc.

Respectfully submitted,

*/s/ Jeffrey S. Beelaert*
Jeffrey S. Beelaert
  *Counsel of Record*
STEIN MITCHELL BEATO & MISSNER LLP
901 15th Street NW
Washington, D.C. 20005
(202) 737-7777
jbeelaert@steinmitchell.com

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because the motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface, using Microsoft Word. *See* Fed. R. App. P. 27(d)(1), 29(a)(3), 32(g)(1).

The motion also complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 589 words, excluding the parts exempted under Rule 32(f) and 5th Cir. R. 32(b).

*/s/ Jeffrey S. Beelaert*

## CERTIFICATE OF SERVICE

I certify that, on April 27, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jeffrey S. Beelaert*