# United States Court of Appeals for the Fifth Circuit

---

No. 22-60008

---

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

---

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45

---

ORDER:

    IT IS ORDERED that the unopposed motion of TechFreedom to file an *amicus curiae* brief in support of the petition for rehearing en banc is GRANTED.

                                     /s/ Carl E. Stewart
                                     Carl E. Stewart
                                     *United States Circuit Judge*