# United States Court of Appeals for the Fifth Circuit

———————

No. 22-60008

———————

CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY; JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS; RHONDA THOMAS,

*Petitioners*,

*versus*

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

*Respondents*.

———————————————————

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45

———————————————————

ORDER:

IT IS ORDERED that the unopposed motion of Competitive Enterprise Institute, Free State Foundation, Christopher Demuth, Harold Furchtgott-Roth, Michael S. Greve, and Randolph J. May to file an *amicus curiae* brief in support of the petition for rehearing en banc is GRANTED.

/s/ Carl E. Stewart
CARL E. STEWART
*United States Circuit Judge*