# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 28, 2023

Mr. James Michael Carr
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

    No. 22-60008   Consumers' Research v. FCC
                   Agency No. 96-45

Dear Counsel:

This letter will serve to confirm the voicemail message left this date advising the parties that the court has requested a Response to the Petitioners' Petition for Rehearing en banc be filed in this office on or before Monday, May 8, 2023.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Whitney M. Jett, Deputy Clerk
                                   504-310-7772

cc:
    Ms. MaryAnn T. Almeida
    Mr. James Baller
    Mr. Corbin Barthold
    Mr. Jeffrey Steven Beelaert
    Mr. Adam Crews
    Ms. P. Michele Ellison
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Craig Edward Gilmore
    Mr. David Morris Gossett
    Mr. Eric P. Gotting
    Mr. Gregory Guice
    Mr. Jared Kelson
    Mr. Jacob Matthew Lewis
    Mr. R. Trent McCotter

Mr. Jason Neal  
Mr. Andrew Jay Schwartzman  
Mr. Gerard J. Sinzdak  
Ms. Thaila K. Sundaresan  
Ms. Jennifer Tatel