**No. 22-60008**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

CONSUMERS' RESEARCH, CAUSE BASED COMMERCE, INC., KERSTEN
CONWAY, SUZANNE BETTAC, ROBERT KULL, KWANG JA KIRBY, TOM
KIRBY, JOSEPH BAYLY, JEREMY ROTH, DEANNA ROTH, LYNN GIBBS,
PAUL GIBBS, AND RHONDA THOMAS,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION
AND THE UNITED STATES OF AMERICA,

*Respondents*.

On Petition for Review of an Action of
the Federal Communications Commission

**RESPONDENTS' UNOPPOSED MOTION TO EXTEND THE
TIME TO RESPOND TO PETITIONERS' PETITION FOR
REHEARING EN BANC TO MAY 22, 2023**

Respondents Federal Communications Commission and the United States of America respectfully move for an order extending the time for parties to respond to Petitioners' Petition for Rehearing En Banc from May 8, 2023, to May 22, 2023.

1.  Petitioners challenge the constitutional validity of the FCC's Universal Service Fund, a longstanding federal program that collects contributions from telecommunications carriers and distributes those funds "to people, entities, and projects to expand and advance telecommunications services in the nation." Slip. Op., Doc. 171-1, at 2. On March 24, 2023, a unanimous panel rejected Petitioners' arguments and denied their petition for review, holding (1) that the Fund's authorizing statute was not an unconstitutional delegation of legislative power, *id.* at 5–12, and (2) that the Commission has not improperly delegated government power to the private entity that assists with the Fund's administration, *id.* at 12–14. Petitioners sought rehearing en banc on April 20 (Doc. 176), and on the afternoon of April 28 the Court directed a response on or before May 8 (Doc. 196).

2.  Given the number of interested components, the preparation and filing of the government's response will require significant consultation and review.  Apart from the necessary consideration within the

Commission, the agency must coordinate with the Department of Justice (as counsel for co-Respondent the United States of America), and provide an opportunity for input from the Universal Service Administrative Company, which performs certain of the "ministerial responsibilities" at issue in this case. *See* Slip. Op., Doc. 171-1, at 2.

3.   The current deadline provides the government only six full business days in which to engage in the necessary internal and external consultation, review, and revision. Respondents' request for fourteen additional days, for a revised deadline of May 22, 2023, would provide a reasonable opportunity for internal consultation and review while still ensuring that the response will be filed less than two months after the panel opinion issued and a little more than a month after the rehearing petition was filed.

4.   Counsel for the Commission conferred with counsel for Petitioners and for the Intervenors, and no party opposes this request.

## CONCLUSION

The Court should grant the motion and enter an order extending the time for parties to respond to the Petition for Rehearing En Banc from May 8, 2023, to May 22, 2023.

Dated:  May 1, 2023

Respectfully submitted,

/s/  *Adam G. Crews*

Mark B. Stern
Gerard J. Sinzdak
   *Attorneys*

UNITED STATES DEPARTMENT OF
   JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530

P. Michele Ellison
   *General Counsel*

Jacob M. Lewis
   *Deputy General Counsel*

James M. Carr
Adam G. Crews
   *Counsel*

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1.  This document complies with the type-volume limit of Fed. R. App.
    P. 27(d)(2) because, excluding the parts of the document exempted
    by Fed. R. App. P. 32(f):

    ☒   this document contains <u>384</u> words, *or*

    ☐   this document uses a monospaced typeface and contains ____
        lines of text.

2.  This document complies with the typeface requirements of Fed. R.
    App. P. 32(a)(5) and the type style requirements of Fed. R. App. P.
    32(a)(6) because:

    ☒   this document has been prepared in a proportionally spaced
        typeface using <u>Microsoft Word for Office 365</u> in <u>14-point
        Century Schoolbook</u>, *or*

    ☐   this document has been prepared in a monospaced spaced
        typeface using _____ with _____.


/s/ *Adam G. Crews*
Adam G. Crews
*Counsel for Respondent*
*Federal Communications Commission*

## CERTIFICATE OF FILING AND SERVICE

I, Adam G. Crews, hereby certify that on May 1, 2023, I caused the foregoing Respondents' Unopposed Motion To Extend The Time To Respond To Petitioners' Petition For Rehearing En Banc To May 22, 2023 to be filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the Court's electronic CM/ECF system, which caused a true and correct copy of the same to be served on all participants in the case registered to receive such notices.

/s/ *Adam G. Crews*

Adam G. Crews
Federal Communications Commission
Washington, DC 20554
(202) 418-1740

*Counsel for Respondent*