# United States Court of Appeals for the Fifth Circuit

_____

No. 22-60008
_____

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners*,

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

_____

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45
_____

ORDER:

    IT IS ORDERED that Respondents' unopposed motion for an extension of 14 days, or to and including May 22, 2023, to file a response to the Petition for Rehearing En Banc is GRANTED.

                              /s/ Carl E. Stewart
                              Carl E. Stewart
                              *United States Circuit Judge*