# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 23, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60008   Consumers' Research v. FCC
                    Agency No. 96-45

Enclosed is an order entered in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Whitney M. Jett, Deputy Clerk
                       504-310-7772

Ms. MaryAnn T. Almeida
Mr. James Baller
Mr. Corbin Barthold
Mr. Jeffrey Steven Beelaert
Mr. James Michael Carr
Mr. Adam Crews
Ms. P. Michele Ellison
Mr. Merrick Garland, U.S. Attorney General
Mr. Craig Edward Gilmore
Mr. David Morris Gossett
Mr. Eric P. Gotting
Mr. Gregory Guice
Mr. Jared Kelson
Mr. Jacob Matthew Lewis
Mr. R. Trent McCotter
Mr. Jason Neal
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak
Ms. Thaila K. Sundaresan
Ms. Jennifer Tatel