

Federal Communications Commission
Washington, D.C. 20554

May 30, 2023

**BY ELECTRONIC FILING**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

      RE:   *Consumers' Research v. FCC*, No. 22-60008 (opinion issued March 24, 2023; petition for rehearing en banc pending)

Dear Mr. Cayce:

     Pursuant to FRAP Rule 28(j), I write to inform the Court that the Sixth Circuit issued an order on May 30, 2023 denying the petition for rehearing en banc in *Consumers' Research v. FCC*, 6th Cir. No. 21-3886.  In that case, the Sixth Circuit rejected the same claims that a panel of this Court rejected in 5th Cir. No. 22-60008.  A copy of the Sixth Circuit's order denying rehearing is attached.

                    Respectfully submitted,

                    /s/James M. Carr

                    James M. Carr
                    Counsel

cc:   Counsel for all parties (via ECF)