No. 21-3886

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 30, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INC.; JOSEPH BAYLY; JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS,<br><br>    Petitioners,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,<br><br>    Respondents,<br><br>BENTON INSTITUTE FOR BROADBAND AND SOCIETY, ET AL.,<br><br>    Intervenors. | O R D E R |

**BEFORE:** MOORE, CLAY, and STRANCH, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

**ENTERED BY ORDER OF THE COURT**

_____
**Deborah S. Hunt, Clerk**