# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 29, 2023

Mr. James Michael Carr
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Mr. Adam Crews
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Ms. P. Michele Ellison
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Mr. Merrick Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Craig Edward Gilmore
Wilkinson, Barker & Knauer, L.L.P.
1800 M Street, N.W.
Suite 800N
Washington, DC 20036

Mr. Jared Kelson
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Mr. Jacob Matthew Lewis
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Mr. Jason Neal
HWG, L.L.P.
1919 M Street, N.W.
8th Floor
Washington, DC 20036

Mr. Andrew Jay Schwartzman
1341 G Street, N.W.
5th Floor
Washington, DC 20005

Mr. Gerard J. Sinzdak
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Jennifer Tatel
Wilkinson, Barker & Knauer, L.L.P.
1800 M Street, N.W.
Suite 800N
Washington, DC 20036

      No. 22-60008   Consumers' Research v. FCC
                             USDC No. 96-45

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Petitioners will have until July 31, 2023, to file an en banc brief, the Respondents' en banc brief is due on August 30, 2023 and Intervenors' en banc brief is due on September 6, 2023. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The

color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the petitioner, red for the respondent and green for the intervenor). The case will be heard sometime during the week of September 18, 2023. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, addendum, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by July 13, 2023. Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
  Ms. MaryAnn T. Almeida
  Mr. James Baller
  Mr. Corbin Barthold
  Mr. Jeffrey Steven Beelaert
  Mr. David Morris Gossett
  Mr. Eric P. Gotting
  Mr. Gregory Guice
  Ms. Thaila K. Sundaresan