# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 05, 2023

Mr. James Michael Carr
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

    No. 22-60008   Consumers' Research v. FCC
                  USDC No. 96-45

Dear Mr. Carr,

The submitted appearance form does not match the case it is filed in.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Burke Fenerty, Deputy Clerk
504-310-7624