BOYDEN GRAY PLLC
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

September 25, 2023

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   *Consumers' Research v. FCC*, No. 22-60008

Mr. Cayce:

On September 25, Respondents filed a Rule 28(j) letter regarding Judge Elrod's question during last week's *en banc* oral argument: "What group at the FCC specifically oversees the USAC in order to go through this to determine how the projected revenues match the needs of the fund? I don't know that the record indicates that there are any specific employees or division or that there's any—this seems like this would be a very important function for the FCC to oversee, but I don't see any evidence in the record—perhaps I missed it, and you could help me—that they have some significant division working on this because it is so much money and so important to get it right." Oral Argument Recording at 33:37–34:16.

In response, the FCC says that "the equivalent of 80 full-time employees … work on universal service activities." FCC 28(j) Letter (5th Cir. Sept. 25, 2023), ECF No. 311.

But saying how many employees "work on universal service activities" doesn't answer the question. *Id.* The FCC does not say whether any of those employees actually "oversee[]" anything, let alone "oversee[] the USAC" when it determines the quarterly contribution base, which is what Judge Elrod asked.

The correct answer to Judge Elrod's question is: "No one." *See*

Page 2

Petitioners' En Banc Br. 60–66. The FCC fails to "'independently perform its reviewing, analytical and judgmental functions'" when presented with USAC's quarterly contribution base. *Id.* at 61 (quoting *Sierra Club v. Lynn*, 502 F.2d 43, 59 (5th Cir. 1974)). The only involvement by the FCC in that process is when the subordinate Office of Managing Director ministerially converts USAC's figure into a taxing rate, which then becomes binding within fourteen days so long as the FCC Commissioners do nothing. *Id.* That is not oversight; it is abdication.

Respectfully,

/s/ R. TRENT MCCOTTER
*Counsel of Record for Petitioners*

BOYDEN GRAY PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

cc:    All Counsel