In the United States Court of Appeals
for the Fifth Circuit

No. 22-60008

Consumers' Research, et al.,

Petitioners,

v.

Federal Communications Commission
and United States of America,

Respondents.

On Petition for Review of an Action of the
Federal Communications Commission

Brian M. Boynton
Principal Deputy Assistant Attorney
   General

Sarah E. Harrington
Deputy Assistant Attorney General

Mark B. Stern
Gerard J. Sinzdak
Attorneys

United States
   Department of Justice
Washington, D.C. 20530

P. Michele Ellison
General Counsel

Jacob M. Lewis
Deputy General Counsel

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

# CERTIFICATE OF INTERESTED PERSONS
# REQUIRED BY 5TH CIR. R. 28.2.1

No. 22-60008, *Consumers' Research, et al. v. Federal Communications Commission and United States of America*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Petitioners:**
Consumers' Research
Cause Based Commerce, Inc.
Kersten Conway
Suzanne Bettac
Robert Kull
Kwang Ja Kerby
Tom Kirby
Joseph Bayly
Jeremy Roth
Deanna Roth
Lynn Gibbs
Paul Gibbs
Rhonda Thomas

**Petitioners' Counsel:**
C. Boyden Gray
R. Trent McCotter
Jonathan Berry
Michael Buschbacher
Jared M. Kelson
Boyden Gray & Associates
801 17th Street, N.W., #350
Washington, D.C. 20006

**Respondents' Counsel:**
P. Michele Ellison
Jacob M. Lewis
James M. Carr
Adam G. Crews
Federal Communications Commission
Washington, D.C. 20554

Brian M. Boynton
Sarah E. Harrington
Mark B. Stern
Gerard Sinzdak
United States Department of Justice
Washington, D.C. 20530

**Intervenors:**
Benton Institute for Broadband & Society
Center for Media Justice
National Digital Inclusion Alliance
Schools, Health, & Libraries Broadband Coalition
USTelecom—The Broadband Association
NTCA—The Rural Broadband Association
Competitive Carriers Association

**Intervenors' Counsel:**
Andrew Jay Schwartzman
1341 G Street, N.W., Fifth Floor
Washington, D.C. 20005
*Counsel for Benton Institute for Broadband &Society, Center for Media Justice, and National Digital Inclusion Alliance*

Jennifer Tatel
Craig E. Gilmore
Michael D. Miller
Wilkinson Barker Knauer, LLP
1800 M Street, N.W., Suite 800N
Washington, D.C. 20036
*Counsel for USTelecom—The Broadband Association, NTCA—The Rural Broadband Association, and Competitive Carriers Association*

Stephanie Weiner
Jason Neal
Harris, Wiltshire & Grannis LLP
1919 M Street, N.W., 8th Floor
Washington, D.C. 20036
*Counsel for Schools, Health, & Libraries Broadband Coalition*

| | |
|---|---|
| June 17, 2024 | <u>/s/ Jacob M. Lewis</u> |
| | Jacob M. Lewis<br>Deputy General Counsel<br>Federal Communications Commission<br>Washington, D.C. 20554 |

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Consumers' Research, et al., | ) | |
|                     Petitioners, | ) | |
| | ) | |
|         v. | ) | No. 22-60008 |
| | ) | |
| Federal Communications Commission | ) | |
|  and United States of America, | ) | |
|                     Respondents. | ) | |

**MOTION TO DISMISS**

Respondents, the Federal Communications Commission and the United States, respectfully move to dismiss this case on grounds of issue preclusion. As we explain below, petitioners are collaterally estopped from presenting their claims to this Court. We have notified counsel for the other parties that we would be filing this motion. Petitioners oppose the motion. Intervenors supporting respondents do not oppose the motion.

In this case, petitioners maintain that section 254 of the Communications Act, 47 U.S.C. § 254, unconstitutionally delegated legislative power to the Federal Communications Commission. They also contend that the FCC unlawfully delegated government power to the Universal Service Administrative Company (USAC), the private company that administers the FCC's universal service program. Petitioners made the same arguments before the Sixth and Eleventh Circuits. Those courts rejected petitioners' claims. *See Consumers' Research v.*

*FCC*, 67 F.4th 773 (6th Cir. 2023); *Consumers' Research v. FCC*, 88 F.4th 917 (11th Cir. 2023). On June 10, 2024, the Supreme Court denied petitioners' petitions for certiorari and declined to review the Sixth Circuit and Eleventh Circuit decisions. *See* 2024 WL 2883753 (S. Ct. June 10, 2024); 2024 WL 2883755 (S. Ct. June 10, 2024). Those decisions are thus final and not subject to further review, and petitioners are precluded from raising the same claims here that they presented to the Sixth and Eleventh Circuits.

"To establish collateral estoppel under federal law, one must show: (1) that the issue at stake be identical to the one involved in the prior litigation; (2) that the issue has been actually litigated in the prior litigation; and (3) that the determination of the issue in the prior litigation has been a critical and necessary part of the judgment in that earlier action." *Rabo Agrifinance, Inc. v. Terra XXI, Ltd.*, 583 F.3d 348, 353 (5th Cir. 2009); *see also Matter of Amberson*, 73 F.4th 348, 350-51 (5th Cir. 2023). All three of those conditions are met here. Petitioners' claims here are identical to the ones they made in the previous cases. All of the petitioners here were petitioners in the Eleventh Circuit case, and most of them were petitioners in the Sixth Circuit case, so they had a "full and fair opportunity to litigate" their nondelegation claims "in the previous lawsuit[s]." *Rabo Agrifinance*,

2

583 F.3d at 353.¹ The courts in those cases fully considered and ultimately rejected petitioners' claims. And the judgments entered in those cases were based on the courts' determination that petitioners' claims lacked merit. *See Consumers' Research*, 67 F.4th at 787-97; *Consumers' Research*, 88 F.4th at 923-28.

For these reasons, petitioners are collaterally estopped from litigating their claims in this Court. Accordingly, the Court should dismiss the petition for review.

Respectfully submitted,

| | |
|---|---|
| Brian M. Boynton<br>Principal Deputy Assistant<br>  Attorney General | P. Michele Ellison<br>General Counsel<br><br>/s/ Jacob M. Lewis |
| Sarah E. Harrington<br>Deputy Assistant Attorney General | Jacob M. Lewis<br>Deputy General Counsel |
| Mark B. Stern<br>Gerard J. Sinzdak<br>Attorneys | James M. Carr<br>Counsel<br><br>Federal Communications Commission<br>Washington, D.C. 20554<br>(202) 418-1740 |
| United States Department of Justice<br>Washington, D.C. 20530 | |

June 17, 2024

---

¹ Copies of the petitioners' opening briefs in the Sixth and Eleventh Circuit cases are attached to this motion.

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>463</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word in Office 365</u> in <u>14-point Times New Roman</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

<u>*/s/ Jacob M. Lewis*</u>

Jacob M. Lewis
Deputy General Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

**CERTIFICATE OF FILING AND SERVICE**

I, Jacob M. Lewis, hereby certify that on June 17, 2024, I filed the foregoing Motion to Dismiss with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Jacob M. Lewis*

Jacob M. Lewis
Deputy General Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740