<div style="text-align: center">

**BOYDEN GRAY PLLC**
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

</div>

June 28, 2024

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   *Consumers' Research v. FCC*, No. 22-60008

Mr. Cayce:

    On June 27, 2024, Petitioners filed an opposition to Respondents' motion to dismiss this case. In that opposition, Petitioners referenced a new petition that had been filed the same day but not yet assigned a docket number. Petitioners inform the Court that the new petition has now been docketed as No. 24-60330.

<div style="margin-left: 50%">

Respectfully,

/s/ R. TRENT MCCOTTER
*Counsel of Record for Petitioners*

BOYDEN GRAY PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

</div>

cc:   All Counsel