# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 24, 2024
Lyle W. Cayce
Clerk

No. 22-60008

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

_____

Petition for Review from the
Federal Communications Commission
Agency No. 96-45

_____

Before Richman, *Chief Judge,* and Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, and Douglas, *Circuit Judges.*[*]

JUDGMENT ON PETITION REHEARING EN BANC

---

[*] Judge Ramirez joined the court after this case was submitted and did not participate in the decision.

This cause was considered on the petition of Consumers' Research, Cause Based Commerce, Incorporated, Kersten Conway, Suzanne Bettac, Robert Kull, Kwang Ja Kerby, Tom Kirby, Joseph Bayly, Jeremy Roth, Deanna Roth, Lynn Gibbs, Paul Gibbs, and Rhonda Thomas, for review of an order of the Federal Communications Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED and we REMAND to FCC for further proceedings.

IT IS FURTHER ORDERED that Respondents pay to Petitioners the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Jennifer Walker Elrod, *Circuit Judge*, joined by Ho and Engelhardt, *Circuit Judges*, concurring.

James C. Ho, *Circuit Judge*, concurring.

Carl E. Stewart, *Circuit Judge*, joined by Richman, *Chief Judge*, and Southwick, Haynes, Graves, Higginson, and Douglas, *Circuit Judges*, dissenting.

Stephen A. Higginson, *Circuit Judge*, joined by Stewart, Southwick, Graves, and Douglas, *Circuit Judges*, dissenting.