**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Consumers' Research et al. v. FCC et al. No. 22-60008

The Clerk is requested to tax the following costs against: Respondents

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | 500 | | | | |
| Appendix or Record Excerpts | 26 | 53 | 0.15 | 206.7 | | | | |
| Appellant's Brief | 29 | 84 | 0.15 | 365.4 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 29 | 60 | 0.15 | 261 | | | | |
| Other: cont'd on added page | | | | | | | | |
| (extra copies required by clerk because case went en banc) | | | Total $ | 2874.05 | Costs are taxed in the amount of $ | | | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of
County of _____ By _____
Deputy Clerk

I R. Trent McCotter _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 25 day of July, 2024.

/s/ R. Trent McCotter
(Signature)

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attorney for Petitioners

Cont'd cost taxable list:

- Joint Appendix, 29 copies, 279 pages, $0.15 per page, $1213.65 total
- Record Excerpts, 26 copies, 12 pages, $0.15 per page, $46.80 total
- En Banc Brief, 22 copies, 85 pages, $0.15 per page, $280.50

**Complete Total: $2874.05**

**Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, FIFTH CIRCUIT**

**do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>**
Wed 1/5/2022 2:22 PM
To:Trent McCotter <tmccotter@boydengray.com>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk's Office, Financial Division at 504-310-7805.

  Account Number: 5119908
  Court: U.S. COURT OF APPEALS, FIFTH CIRCUIT
  Amount: $500.00
  Tracking Id: A05-241797-684
  Approval Code: 125313
  Card Number: ************4004
  Date/Time: 01/05/2022 02:22:09 ET

  Attorney Name: R. Trent McCotter
  Contact Telephone Number: 2027065488
  Person Completing Transaction: R. Trent McCotter

  NOTE: This is an automated message. Please do not reply

# byron s adams
legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2022 | 037280 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES |
| ATTN: R. TRENT McCOTTER |
| 801 17TH STREET NW |
| #350 |
| WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASE COMMERCE, INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; Petitioners, |
| v. FEDERAL COMMUNICATION; UNITED STATE OF AMERICA, Respondents |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 24913 | NET 30 Days | R. TRENT McCOTTER | 9/15/2022 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 9 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Appendix | 477.18T |

| | |
|---|---|
| Subtotal | $477.18 |
| Sales Tax (6.0%) | $28.63 |
| Payments/Credits | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due** $505.81

# byron s adams

legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 7/5/2023 | 037941 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES<br>ATTN: R. TRENT McCOTTER<br>801 17TH STREET NW<br>#350<br>WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE INC.; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY, Petitioners,<br>v. FEDERAL COMMUNICATIONS COMMISSION; USA |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 25558 | NET 30 Days | R. TRENT McCOTTER | 8/4/2023 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 22 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Appendix | 921.44T |

| | | |
|---|---|---|
| | **Subtotal** | $921.44 |
| | **Sales Tax (6.0%)** | $55.29 |
| | **Payments/Credits** | $0.00 |

| | | |
|---|---|---|
| TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice. | **Balance Due** | **$976.73** |

# byron s adams
legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2022 | 037281 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES |
| ATTN: R. TRENT McCOTTER |
| 801 17TH STREET NW |
| #350 |
| WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL, Petitioners, |
| v. FEDERAL COMMLUNICATIONS COMMISSION; UNITED STATES OF AMERICA, Respondents |

Client ID: BOYDEN GR...

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 24912 | NET 30 Days | R. TRENT McCOTTER | 9/15/2022 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 9 copies - United States Court of Appeals For The Fifth Circuit, No. 22-60008, Opening Brief For Petitioners | 455.22T |
| FEDEX | FEDERAL EXPRESS | 547.87 |

| | |
|---|---|
| Subtotal | $1,003.09 |
| Sales Tax (6.0%) | $27.31 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,030.40 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

# byron s adams

legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 7/5/2023 | 037940 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES<br>ATTN: R. TRENT McCOTTER<br>801 17TH STREET NW<br>#350<br>WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INC.; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY, Petitioners,<br>v. FEDERAL COMMUNICATIONS COMMISSION; USA |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 25557 | NET 30 Days | R. TRENT McCOTTER | 8/4/2023 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 22 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Opening Brief For Petitioners | 867.76T |
| FEDEX | FEDERAL EXPRESS | 179.86 |

| | | |
|---|---|---|
| | **Subtotal** | $1,047.62 |
| | **Sales Tax (6.0%)** | $52.07 |
| | **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due** $1,099.69

# byron s adams

legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2022 | 037283 |

**Client:**
BOYDEN GRAY & ASSOCIATES
ATTN: R. TRENT McCOTTER
801 17TH STREET NW
#350
WASHINGTON DC 20006

**Re:**
CONSUMERS' RESEARCH; CAUSE BASED COMMERCE INCORORATED; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL, Petitioners,
v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, Respondents.

Client ID: BOYDEN GR...

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 24914 | NET 30 Days | R. TRENT McCOTTER | 9/15/2022 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 9 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Reply Brief For Petitioners | 399.06T |

| | |
|---|---|
| Subtotal | $399.06 |
| Sales Tax (6.0%) | $23.94 |
| Payments/Credits | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due** $423.00

# byron s adams

legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 7/5/2023 | 037942 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES<br>ATTN: R. TRENT McCOTTER<br>801 17TH STREET NW<br>#350<br>WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE INC.; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; JA KERBY; TOM KIRBY; JOSEPH BAYLY; JEREMY ROTH, Petitioners,<br>v. FEDERAL COMMUNICATIONS COMMISSION; USA |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 25559 | NET 30 Days | R. TRENT McCOTTER | 8/4/2023 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 22 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Reply Brief For Petitioners | 730.48T |

| | |
|---|---|
| **Subtotal** | $730.48 |
| **Sales Tax (6.0%)** | $43.83 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$774.31** |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

# byron s adams
legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2022 | 037279 |

**Client:**
BOYDEN GRAY & ASSOCIATES
ATTN: R. TRENT McCOTTER
801 17TH STREET NW
#350
WASHINGTON DC 20006

**Re:**
CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC; Petitioners,
v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, Respondents.

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 24916 | NET 30 Days | R. TRENT McCOTTER | 9/15/2022 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 9 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Fifth Circuit Rule 30.2 Joint Appendix | 908.91T |

| | |
|---|---|
| **Subtotal** | $908.91 |
| **Sales Tax (6.0%)** | $54.53 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$963.44** |
|---|---|

# byron s adams

legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 7/5/2023 | 037944 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES<br>ATTN: R. TRENT McCOTTER<br>801 17TH STREET NW<br>#350<br>WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE INC.; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY, Petitioners,<br>v. FEDERAL COMMUNICATIONS COMMISSION, USA |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 25561 | NET 30 Days | R. TRENT McCOTTER | 8/4/2023 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 22 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Fifth Circuit Rule 30.2 Joint Appendix | 2,031.78T |

| | | |
|---|---|---|
| | **Subtotal** | $2,031.78 |
| | **Sales Tax (6.0%)** | $121.91 |
| | **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due**     $2,153.69

# byron s adams
legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902
Phone # 202-347-8203
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2022 | 037282 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES |
| ATTN: R. TRENT McCOTTER |
| 801 17TH STREET NW |
| #350 |
| WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASE COMMERCE, INCORPORATED; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL, Petitioners, |
| v. FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, Respondents |

Client ID: BOYDEN GR...

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 24915 | NET 30 Days | R. TRENT McCOTTER | 9/15/2022 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 4 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Record Excerpts | 233.88T |

| | | |
|---|---|---|
| | Subtotal | $233.88 |
| | Sales Tax (6.0%) | $14.03 |
| | Payments/Credits | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due** $247.91

# byron s adams

legal & commercial printing

1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID  52-1335902
Phone #  202-347-8203
Fax #  202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 7/5/2023 | 037943 |

| Client: |
|---|
| BOYDEN GRAY & ASSOCIATES<br>ATTN: R. TRENT McCOTTER<br>801 17TH STREET NW<br>#350<br>WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCG; CAUSE BASED COMMERCE INC.; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY;TOM KIRBY; JOSEPH BAYLY, Petitioners,<br>v. FEDERAL TRADE COMMISSION; USA |

Client ID:  **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 25560 | NET 30 Days | R. TRENT McCOTTER | 8/4/2023 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 22 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, Record Excerpts | 491.34T |

| | |
|---|---|
| **Subtotal** | $491.34 |
| **Sales Tax (6.0%)** | $29.48 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due**  $520.82

# byron s adams
## legal & commercial printing
1615 L Street NW, Ste 100-1C, WDC 20036

Corp. ID 52-1335902  
Phone # 202-347-8203  
Fax # 202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 8/4/2023 | 037997 |

| Client: |
|---|
| BOYDEN GRAY PLLC<br>ATTN: R. TRENT McCOTTER<br>801 17TH STREET NW<br>#350<br>WASHINGTON DC 20006 |

| Re: |
|---|
| CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INC; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KERBY; TOM KIRBY; JOSEPH BAYLY, Petitioners,<br>v. FEDERAL COMMUNICATIONS COMMISSION; |

Client ID: **BOYDEN GR...**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 25620 | NET 30 Days | R. TRENT McCOTTER | 9/3/2023 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 25 copies - United States Court Of Appeals For The Fifth Circuit, No. 22-60008, En Banc Brief For Petitioners | 1,000.50T |
| FEDEX | FEDERAL EXPRESS | 291.56 |

| | |
|---|---|
| **Subtotal** | $1,292.06 |
| **Sales Tax (6.0%)** | $60.03 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,352.09 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.