# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 26, 2024
Lyle W. Cayce
Clerk

No. 22-60008

_____

Consumers' Research; Cause Based Commerce,
Incorporated; Kersten Conway; Suzanne Bettac;
Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly;
Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs;
Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of
America,

*Respondents.*

_____

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45
_____

ORDER:

    The Federal Communication Commission's unopposed motion for a stay of the mandate pending its petition for a writ of certiorari is GRANTED. This stay will expire, and the mandate shall issue, on October 1, 2024. If the FCC files a petition on or before September 30, 2024, however, this stay shall "continue[] until the Supreme Court's final disposition." Fed. R. App. P. 41(d)(2)(B)(ii).

_____
Andrew S. Oldham
*United States Circuit Judge*