# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 30, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Federal Communications Commission, et al.
v. Consumers' Research, et al.
No. 24-354
(Your No. 22-60008)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 30, 2024 and placed on the docket September 30, 2024 as No. 24-354.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

