# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 15, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

  Re: Schools, Health & Libraries Broadband Coalition, et al.
    v. Consumers' Research, et al.
    No. 24-422
    (Your No. 22-60008)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on October 11, 2024 and placed on the docket October 15, 2024 as No. 24-422.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Sara Simmons
      Case Analyst



U.S. COURT OF APPEALS
RECEIVED
OCT 16 2024
FIFTH CIRCUIT