**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 19, 2025

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

      No. 22-60008    Consumers' Research v. FCC
                     USDC No. 96-45
                     Supreme Court No. 24-354

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website(www.ca5.uscourts.gov).

By copy of this letter, the Federal Communications Commission is directed to transmit their record to the United States Supreme Court.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Sean Hannan, Deputy Clerk

cc:
    Ms. MaryAnn T. Almeida
    Mr. James Baller
    Mr. Corbin Barthold
    Mr. Jeffrey Steven Beelaert
    Ms. Pamela Bondi, U.S. Attorney General
    Mr. James Michael Carr
    Ms. P. Michele Ellison
    Mr. Craig Edward Gilmore
    Mr. David Morris Gossett
    Mr. Eric P. Gotting
    Mr. Gregory Guice
    Mr. Jared Kelson

Mr. Jacob Matthew Lewis
Mr. R. Trent McCotter
Mr. Jason Neal
Ms. Kaitlyn Schiraldi
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak
Ms. Thaila K. Sundaresan
Ms. Jennifer Tatel