# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 15, 2025

Mr. James Michael Carr
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Mr. R. Trent McCotter
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Ms. Caroline W. Tan
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

  No. 22-60008   Consumers' Research v. FCC
         Agency No. 96-45

Dear Counsel:

Please be advised that the court has requested simultaneous letter briefs addressing any issues that counsel believe remain in the case.

The letter briefs should not exceed five (5) pages and should be filed on or before August 29, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

```
cc:  Ms. MaryAnn T. Almeida
     Mr. James Baller
     Mr. Corbin Barthold
     Mr. Jeffrey Steven Beelaert
     Ms. Courtney Dixon
     Ms. P. Michele Ellison
     Mr. Craig Edward Gilmore
     Mr. David Morris Gossett
     Mr. Eric P. Gotting
     Mr. Gregory Guice
     Mr. Jared Kelson
     Mr. Jacob Matthew Lewis
     Mr. Jason Neal
     Ms. Kaitlyn Schiraldi
     Mr. Andrew Jay Schwartzman
     Mr. Gerard J. Sinzdak
     Ms. Thaila K. Sundaresan
     Ms. Jennifer Tatel
```