# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 15, 2025
Lyle W. Cayce
Clerk

No. 22-60008

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

_____

On Petition for Review of an Order of the
Federal Communications Commission
Agency No. 96-45

_____

ORDER:

    IT IS ORDERED that this case is returned to the panel. The pending motion is CARRIED with the case.

/s/ Jennifer W. Elrod
Jennifer W. Elrod
*Chief Judge*