# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 17, 2025
Lyle W. Cayce
Clerk

No. 22-60008

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

versus

Federal Communications Commission; United States of America,

*Respondents.*

_____

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45

_____

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of September 17, 2025, pursuant to the joint motion of the parties.

No. 22-60008

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT